| Customer Short Name | Owner City | Owner State | Date Opened | Asset Value | Cash Balance |
|---|---|---|---|---|---|
| 6694 DAWSON BOULEVARD LLC ICA | NORCROSS | GA | 8/9/2019 | $        - | $      250.08 |
| ADDIE SUE CALFEE IRA | GREENSBORO | NC | 1/26/2015 | $   48,500.00 | $    5,982.23 |
| ALAN GALLIMORE INHERITED IRA | WINSTON SALEM | NC | 7/24/2020 | $   22,848.00 | $    3,048.83 |
| ALEXANDRA N FARMER IND CASH ACCT | MOUNT AIRY | NC | 7/30/2018 | $  156,582.54 | $      602.82 |
| ALLEN KELLY IRA | DAYTON | TN | 3/2/2015 | $  986,000.00 | $      740.18 |
| ALTON GRAVITTE ICA | PILOT MTN | NC | 4/27/2020 | $  200,000.00 | $   11,420.99 |
| ALTON GRAVITTE IRA | PILOT MTN | NC | 4/27/2020 | $   98,300.00 | $      498.45 |
| AMANDA AND DEREK BROWN IND CASH ACCT | TOBACCOVILLE | NC | 9/17/2018 | $  221,700.00 | $    2,473.88 |
| AMY GORDON ICA | PINNACLE | NC | 5/7/2019 | $  115,800.00 | $   10,749.39 |
| AMY ROBERTS IND CASH ACCT | WESTFIELD | NC | 1/28/2019 | $  100,000.00 | $    1,038.06 |
| ANITA W MCCRARY IRA | FT WORTH | TX | 2/23/2015 | $  676,000.00 | $   35,543.19 |
| ANN MOELLER ICA | NEWTOWN | CT | 1/17/2018 | $  680,000.00 | $    7,855.78 |
| ANNIE J ADAMS IND CASH ACCT | TOBACCOVILLE | NC | 9/11/2018 | $  118,400.00 | $    3,127.75 |
| ARNOLD R KEY IRA | ARARAT | NC | 2/2/2015 | $   62,800.00 | $    4,536.55 |
| ARTHUR H CHANEY JR IND CASH ACCT | MOUNT AIRY | NC | 7/24/2018 | $  300,000.00 | $      791.72 |
| AUBREY J GIBBS IRA | RICHMOND | IN | 2/13/2015 | $    6,800.00 | $    1,598.74 |
| BARBARA PENDRELL IRA | SARASOTA | FL | 2/13/2015 | $  152,179.37 | $   24,290.33 |
| BARBARA PENDRELL ROTH IRA | SARASOTA | FL | 2/13/2015 | $   31,651.54 | $   10,004.39 |
| BARRY BINGHAM ICA | LAWNDALE | NC | 4/7/2021 | $  252,000.00 | $   76,213.50 |
| BARRY BINGHAM ROTH | LAWNDALE | NC | 4/7/2021 | $        - | $        - |
| BENJAMIN AND CYNTHIA HILL ICA | CHESTERFIELD | VA | 3/18/2020 | $   50,000.00 | $    1,092.34 |
| BETH R HENS IRA | GREENSBORO | NC | 1/28/2015 | $   92,800.00 | $   11,079.30 |
| BETTY HARKINS IRA | GREENVILLE | KY | 8/13/2019 | $  257,402.77 | $   46,333.90 |
| BETTY HOFF ICA | MILLTOWN | NJ | 8/24/2020 | $  250,000.00 | $      500.22 |
| BETTY LOU EARLE ICA | MEXICO | MO | 12/3/2020 | $   50,000.00 | $    1,367.87 |
| BEVERLY DAILY ICA | EATON | OH | 3/21/2018 | $  123,085.44 | $   15,188.54 |
| BILLY BOAZ ICA | PINNACLE | NC | 10/2/2020 | $   55,000.00 | $    2,575.74 |
| BILLY D LANTER IRA | FRIES | VA | 7/20/2018 | $   60,900.00 | $    3,642.60 |
| BILLY R BOAZ IRA | PINNACLE | NC | 6/12/2019 | $  277,200.00 | $    5,909.25 |
| BILLY R LOVELESS IRA | CALHOUN | GA | 3/9/2015 | $  300,000.00 | $    2,981.27 |
| BILLY R SWAIN IRA | CLEMMONS | NC | 12/20/2016 | $   91,900.00 | $    7,868.43 |
| BOBBY & LORETTA HALEY IND CASH ACCT | GALLATIN | TN | 5/10/2018 | $   50,000.00 | $    1,690.40 |
| BOBBY AND JO SIMPSON IND CASH ACCT | PILOT MOUNTAIN | NC | 7/18/2018 | $  260,884.84 | $      515.76 |
| BOBBY D SIMPSON IRA | PILOT MOUNTAIN | NC | 3/30/2017 | $   61,500.00 | $    6,639.64 |

| | | | | | |
|---|---|---|---|---|---|
| BRENDA AND GLENN FOX IND CASH ACCT | TAYLORSVILLE | NC | 9/24/2018 | $ 77,000.00 | $ 2,300.49 |
| BRENDA BANET IRA | CORYDON | IN | 4/3/2015 | $ 170,300.00 | $ 40,846.30 |
| BRENDA H VOGLER IND CASH ACCT | KING | NC | 9/4/2018 | $ 80,000.00 | $ 1,567.26 |
| BRENT AND KRISTY WATSON ICA | TOBACCOVILLE | NC | 12/15/2020 | $ 70,000.00 | $ 2,997.04 |
| BRIAN G SPENCE IRA | BROOKSVILLE | FL | 2/6/2015 | $ 192,315.00 | $ 9,419.98 |
| BRIAN G SPENCE ROTH IRA | BROOKSVILLE | FL | 2/6/2015 | $ 6,559.39 | $ 1,840.43 |
| BRUCE CULLEN IRA | WESTLAKE VLG | CA | 2/23/2015 | $ 2,442,200.00 | $ 87,155.72 |
| BRUCE CULLEN ROTH IRA | WESTLAKE VLG | CA | 2/23/2015 | $ 398,400.00 | $ 46,748.64 |
| BURGNER FAMILY CRT ICA | HOSCHTON | GA | 3/26/2019 | $ 188,240.00 | $ 447.29 |
| CALLIE M HOPKINS IND CASH ACCT | JAMESTOWN | NC | 10/17/2018 | $ 222,916.97 | $ 506.99 |
| CARL KELLY ICA | DAYTON | TN | 6/21/2018 | $ 374,592.00 | $ 378,670.69 |
| CAROLYN EDWARDS ICA | KING | NC | 10/2/2020 | $ 64,000.00 | $ 2,915.39 |
| CARROLL G MARTIN IND CASH ACCT | KING | NC | 7/20/2018 | $ 160,000.00 | $ 2,782.17 |
| CATRINA AND RONNIE RENEGAR ICA | YADKINVILLE | NC | 3/3/2020 | $ 90,000.00 | $ 505.89 |
| CHARLENE GIBSON ICA | KING | NC | 1/6/2020 | $ 100,200.00 | $ 397.08 |
| CHARLES B DOUGLAS IRA | KERNERSVILLE | NC | 1/20/2015 | $ 98,100.00 | $ 11,743.81 |
| CHARLES B DOUGLAS REV TRUST IND CASH ACC | KERNERSVILLE | NC | 7/17/2018 | $ 707,684.00 | $ 533.62 |
| CHARLES HIGGINS JR IRA | GALAX | VA | 2/18/2021 | $ 39,600.00 | $ 519.70 |
| CHARLES L STRAWBRIDGE IRA | Snellville | GA | 1/13/2015 | $ 630,700.00 | $ 61,969.45 |
| CHARLES M VINSON IRA | GREENVILLE | KY | 1/27/2015 | $ 116,741.22 | $ 743.76 |
| CHARLES S EAVES IND CASH ACCT DEC'D | BOWLING GREEN | TN | 2/26/2018 | $ 100,000.00 | $ 1,718.16 |
| CHARLES WATSON SR ICA | PINNACLE | NC | 2/2/2021 | $ 120,000.00 | $ 520.61 |
| CHEERI R WORRELL IRA | DUGSPUR | VA | 3/19/2015 | $ 240,000.00 | $ 4,931.68 |
| CHRISTOPHER R INMAN SEP IRA | RALEIGH | NC | 5/14/2015 | $ 173,000.00 | $ 12,165.83 |
| CLAY A ADAMS IRA | PILOT MOUNTAIN | NC | 1/30/2015 | $ 147,000.00 | $ 829.67 |
| CLIFTON L HATCHER IRA | ARARAT | VA | 2/20/2015 | $ 124,600.00 | $ 5,256.24 |
| CLYDE AND RUTH HOOVER IND CASH ACCT | STUART | VA | 12/21/2018 | $ 100,000.00 | $ 1,524.71 |
| CONNIE PENDERGRASS ICA | BLUFF CITY | TN | 4/6/2020 | $ 170,000.00 | $ 492.36 |
| CONSTANCE WILLIAMS IRA | MATTHEWS | NC | 3/9/2015 | $ 63,000.00 | $ 10,299.42 |
| CRAIG T NEWNAM BENE FOR EARL W NEWNAM IN | RANDLEMAN | NC | 5/11/2016 | $ 37,750.00 | $ 3,865.12 |
| CURTIS DAVIS IRA | BEAUFORT | NC | 8/14/2020 | $ 46,500.00 | $ 2,445.03 |
| CYNTHIA KEARNEY IRA | PEACHTREE CTY | GA | 12/31/2020 | $ 58,000.00 | $ 1,491.50 |
| CYNTHIA KEARNEY ROTH | PEACHTREE CTY | GA | 12/31/2020 | $ 11,000.00 | $ 1,052.52 |
| CYNTHIA RICHARDSON IRA | GRASSY CREEK | NC | 1/28/2021 | $ 50,000.00 | $ 993.16 |
| CYNTHIA S STANBERRY IRA | RURAL HALL | NC | 5/3/2018 | $ 55,500.00 | $ 10,005.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DALE VADEN ICA | WINSTON SALEM | NC | 5/14/2021 | $ | 100,000.00 | $ | 500.00 |
| DANNY AND MARY SAWYERS IND CASH ACCT | MOUNT AIRY | NC | 9/4/2018 | $ | 207,100.00 | $ | 507.27 |
| DANNY K SINK SR INHERITED IRA | WINSTON SALEM | NC | 4/1/2015 | $ | 74,200.00 | $ | 1,135.71 |
| DANNY VOGLER ICA | KING | NC | 4/8/2019 | $ | 500,000.00 | $ | 2,548.41 |
| DARREN CRUISE ICA | ARARAT | NC | 1/5/2021 | $ | 200,000.00 | $ | 4,105.54 |
| DAVID A BIELEC IRA | CORFU | NY | 1/26/2015 | $ | 176,500.00 | $ | 1,400.94 |
| DAVID G PETTY IRA | GALAX | VA | 6/28/2016 | $ | 110,700.00 | $ | 2,180.23 |
| DAVID G REEVES IRA | GALAX | VA | 2/10/2015 | $ | 119,095.00 | $ | 1,337.00 |
| DAVID GOAD ICA | GREENSBORO | NC | 8/3/2020 | $ | 75,000.00 | $ | 1,387.39 |
| DAVID R STULL IRA | GROVE CITY | OH | 2/12/2015 | $ | 69,500.00 | $ | 5,098.54 |
| DAVID W BROOKS IRA | ROSWELL | GA | 1/8/2015 | $ | 283,200.00 | $ | 1,946.20 |
| DAWN L CLARY IND CASH ACCT | GALAX | VA | 8/14/2018 | $ | 250,000.00 | $ | 523.08 |
| DEBRA H HUMPHRIES IRA | LIVERMORE | CO | 3/9/2015 | $ | 146,100.00 | $ | 11,873.07 |
| DEBRA L LANTER IRA | FRIES | VA | 6/8/2017 | $ | 64,000.00 | $ | 1,707.86 |
| DENNIS AND ELAINE HODGES IND CASH ACCT | HIDDENITE | NC | 8/30/2018 | $ | 70,000.00 | $ | 506.42 |
| DOLLY MOORE ICA | LAWSONVILLE | NC | 10/13/2020 | $ | 50,000.00 | $ | 2,310.53 |
| DOLORES WILLOUGHBY IRA | MERRITT IS | FL | 7/13/2020 | $ | 206,258.00 | $ | 6,208.43 |
| DONALD AND GINA BRYANT ICA | THURMOND | NC | 3/25/2019 | $ | 45,800.00 | $ | 6,962.84 |
| DONALD B & DIANNE GRAHAM IND CASH ACCT | BELEWS CREEK | NC | 7/30/2018 | $ | 300,000.00 | $ | 2,628.64 |
| DONALD B GRAHAM FBO PEGGY MUNDY INHERITE | BELEWS CREEK | NC | 4/8/2016 | $ | 78,900.00 | $ | 4,879.61 |
| DONALD BRYANT ICA | THURMOND | NC | 3/4/2019 | $ | 83,100.00 | $ | 5,941.60 |
| DONALD CANNOY ICA | MOUNT AIRY | NC | 12/27/2018 | $ | 108,000.00 | $ | 520.95 |
| DONALD G BRADY IRA | PINNACLE | NC | 6/27/2017 | $ | 41,300.00 | $ | 1,525.12 |
| DONALD HENDRICKS IRA | CENTRAL CITY | KY | 2/18/2015 | $ | 134,309.36 | $ | 5,843.23 |
| DONALD L BIRELEY IRA | GREENVILLE | SC | 2/18/2015 | $ | 751,000.00 | $ | 19,131.11 |
| DONALD L ROBINSON JR IRA | TYRONE | GA | 2/23/2015 | $ | 700,000.00 | $ | 32,010.57 |
| DONOVAN MURRAY INHERITED IRA | GRASSY CREEK | NC | 5/6/2020 | $ | 240,000.00 | $ | 7,023.81 |
| DORCAS BROADAWAY ICA | SUMMERFIELD | NC | 12/22/2020 | $ | 100,000.00 | $ | 2,705.52 |
| DORCAS G BROADAWAY IRA | SUMMERFIELD | NC | 1/28/2015 | $ | 136,600.00 | $ | 4,596.32 |
| DORI MITCHELL IRA | OLYMPIA | WA | 8/3/2016 | $ | 44,325.00 | $ | 1,616.59 |
| DORIS H BOWLES IND CASH ACCT | Greenville | KY | 12/4/2017 | $ | 199,700.00 | $ | 8,454.11 |
| DORIS H BOWLES IRA | Greenville | KY | 2/12/2015 | $ | 108,600.00 | $ | 11,934.06 |
| DORIS J HODGES IRA | GREENSBORO | NC | 2/12/2015 | $ | 100,000.00 | $ | 4,748.00 |
| DOROTHY A BICKERSTAFF IRA | ATLANTA | GA | 9/30/2015 | $ | 65,000.00 | $ | 85.04 |
| DOUGLAS G KASEMEIER IRA | SUWANEE | GA | 2/25/2015 | $ | 450,000.00 | $ | 2,893.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DOUGLAS W LINEBERRY IND CASH ACCT | BOONVILLE | NC | 7/20/2018 | $ | 200,000.00 | $ | 518.37 |
| DOUGLAS W LINEBERRY IRA | BOONVILLE | NC | 6/8/2017 | $ | 102,750.00 | $ | 3,062.22 |
| EDUARDO DAPONTE IRA | ALPHARETTA | GA | 2/16/2021 | $ | - | $ | - |
| EDWIN G HAWKS IRA | GALAX | VA | 2/6/2015 | $ | 108,000.00 | $ | 8,061.50 |
| EEO TRUST OF 2007 ICA | SPRING | TX | 6/11/2020 | $ | 1,900,000.00 | $ | 115,314.46 |
| ELAINE ROYSTER IND CASH ACCT | MOUNT AIRY | NC | 6/15/2018 | $ | 73,000.00 | $ | 513.56 |
| ELISABETH G CHANEY IRA | MARIETTA | GA | 3/25/2015 | $ | 90,000.00 | $ | 3,816.15 |
| ELIZABETH CLEARY IRA | ENNICE | NC | 2/11/2015 | $ | 37,000.00 | $ | 645.99 |
| ELIZABETH E.OSHER NON-EXEMPT TRUST ICA | SPRING | TX | 6/11/2020 | $ | - | $ | - |
| ELIZABETH OSHER DEL PICO ICA | Sarasota | FL | 6/11/2020 | $ | 1,400,000.00 | $ | 84,968.54 |
| ELMER R GREENE JR IRA | HARRISBURG | NC | 4/1/2015 | $ | 139,700.00 | $ | 8,170.57 |
| ERNEST L ISOM IND CASH ACCT | GREENVILLE | KY | 6/1/2018 | $ | 80,000.00 | $ | 1,108.64 |
| ESTATE OF RAYMOND E BELL JR ICA | KENNESAW | GA | 5/26/2021 | $ | - | $ | - |
| EUGENE LYLE IRA | HONESDALE | PA | 3/8/2021 | $ | 250,000.00 | $ | 1,986.33 |
| EUGENE SPARKS IRA | BRADENTON | FL | 2/19/2015 | $ | 356,084.86 | $ | 58,868.11 |
| EVELYN J BLISS IND CASH ACCT | N WILKESBORO | NC | 9/18/2018 | $ | 217,300.00 | $ | 519.44 |
| EVELYN J BLISS IRA | N WILKESBORO | NC | 2/10/2015 | $ | 114,500.00 | $ | 3,931.75 |
| FLETCHER WILBUR HUTSON TRUST ICA | LIBERTY | NC | 11/28/2018 | $ | 463,500.00 | $ | 799.01 |
| FLORENCE E BROOKS IND CASH ACCT | GLADE VALLEY | NC | 9/24/2018 | $ | 50,000.00 | $ | 504.03 |
| FLORIDA HOMESTEAD TRUST IND CASH ACCT | MORGANTOWN | KY | 1/25/2018 | $ | 881,550.00 | $ | 9,009.39 |
| FORREST AND BARBARA PALMER IND CASH ACCT | DUNBAR | WV | 8/27/2018 | $ | 80,000.00 | $ | 517.55 |
| FRANCES ATKINS ICA | ARARAT | NC | 6/28/2019 | $ | 55,000.00 | $ | 510.41 |
| FRANCES D NORMAN IRA | MT AIRY | NC | 3/12/2015 | $ | 49,200.00 | $ | 6,477.22 |
| FRANCES F ATKINS IND CASH ACCT | ARARAT | NC | 8/7/2018 | $ | 21,000.00 | $ | 512.25 |
| FRANCIS SULLIVAN IRA | ELLIOT | ME | 3/5/2021 | $ | 25,000.00 | $ | 500.00 |
| FRED HEAD ICA | TROPHY CLUB | TX | 7/9/2018 | $ | 193,400.00 | $ | 231,715.40 |
| FRED R HEAD IRA | TROPHY CLUB | TX | 1/8/2015 | $ | 2,219,000.00 | $ | 54,735.94 |
| FRED R HEAD ROTH IRA | TROPHY CLUB | TX | 1/8/2015 | $ | 145,600.00 | $ | 21,459.04 |
| FREDA MCCAY ICA | GREENVILLE | KY | 1/11/2021 | $ | 40,000.00 | $ | 1,144.41 |
| FREDDY G QUESINBERRY IRA | MOUNT AIRY | NC | 7/10/2018 | $ | 105,000.00 | $ | 1,372.00 |
| Garry & Judith Sykes ICA | ASHEVILLE | NC | 2/2/2021 | $ | 200,000.00 | $ | 2,193.53 |
| GARY BOWLES IRA | GREENVILLE | KY | 2/12/2015 | $ | 40,500.00 | $ | 1,685.75 |
| GENEVA AND RONALD DOCKERY IND CASH ACCT | MOUNT AIRY | NC | 9/28/2018 | $ | 180,000.00 | $ | 1,495.51 |
| GEORGE DAVID COATTA IND CASH ACCT | GREENSBORO | NC | 7/10/2018 | $ | 100,000.00 | $ | 490.42 |
| GERALD GISTER IRA | HENDERSONVLLE | NC | 4/12/2021 | $ | 25,000.00 | $ | 1,438.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GILBERT B HAWKS IRA | WALNUT COVE | NC | 7/7/2017 | $ | 100,000.00 | $ | 537.47 |
| GINA BRYANT IRA | THURMOND | NC | 4/23/2019 | $ | 108,500.00 | $ | 6,471.65 |
| GINN HOPKINS CHARITABLE REMAINDER UNITRU | LOS ANGELES | CA | 7/16/2018 | $ | 300,000.00 | $ | 6,029.05 |
| GLORIA C CHEATUM IRA | MARTINSVILLE | VA | 2/9/2015 | $ | 149,000.00 | $ | 877.30 |
| GRADY BARRINGER ICA | SHERRILLS FORD | NC | 11/12/2020 | $ | 150,000.00 | $ | 4,656.21 |
| GRADY L & VIRGINIA T LOVE IND CASH ACCT | PINNACLE | NC | 5/31/2018 | $ | 140,650.00 | $ | 518.66 |
| GRADY L LOVE IRA | PINNACLE | NC | 6/22/2016 | $ | 94,200.00 | $ | 9,628.25 |
| GREENVILLE CEMETERY CO IND CASH ACCT | GREENVILLE | KY | 5/4/2018 | $ | 49,750.00 | $ | 8,162.33 |
| GREGORY GALLIMORE INHERITED IRA | WINSTON SALEM | NC | 7/24/2020 | $ | 22,176.00 | $ | 2,959.16 |
| GREGORY M MILLER IND CASH ACCT | WINSTON SALEM | NC | 8/29/2018 | $ | 155,000.00 | $ | 515.27 |
| GREGORY M MILLER IRA | WINSTON SALEM | NC | 5/17/2018 | $ | 437,300.00 | $ | 2,076.68 |
| GST FAMILY TRUST ICA | MORGANTOWN | KY | 2/20/2019 | $ | 899,500.00 | $ | 17,725.43 |
| HARJIT AND PAMELA DHESI IND CASH ACCT | GREENSBORO | NC | 9/17/2018 | $ | 200,000.00 | $ | 2,113.80 |
| HARVEY VARNER IND CASH ACCT | KERNERSVILLE | NC | 9/24/2018 | $ | 100,000.00 | $ | 553.09 |
| HEATHER RILEY INHERITED IRA | WHEATCROFT | KY | 5/25/2021 | $ | - | $ | - |
| HENEDINA G DEBORD IRA | KING | NC | 2/7/2018 | $ | 147,000.00 | $ | 7,364.80 |
| HENEDINA G DEBORD ROTH IRA | KING | NC | 2/11/2015 | $ | 19,400.00 | $ | 3,575.62 |
| HERSCHEL K THOMAS IRA | MT. AIRY | NC | 2/12/2015 | $ | 552,700.00 | $ | 16,767.91 |
| HILDA J WRIGHT IRA | NEWARK | OH | 1/20/2015 | $ | 67,500.00 | $ | 2,915.74 |
| HILDA WRIGHT AND SARAH WRIGHT IND CASH A | NEWARK | OH | 10/2/2018 | $ | 374,600.00 | $ | 10,887.06 |
| HOWARD W ALLRED IRA | RURAL HALL | NC | 1/2/2018 | $ | - | $ | 34,969.86 |
| HUBERT WILSON ICA | HENDERSONVILLE | NC | 4/13/2021 | $ | 125,000.00 | $ | 517.52 |
| IRENE W WEBB IRA | Englewood | FL | 2/12/2015 | $ | 49,400.00 | $ | 3,781.22 |
| IRENE WEBB REVOCABLE TRUST ICA | ENGLEWOOD | FL | 3/9/2018 | $ | 255,445.50 | $ | 3,401.46 |
| JACQUELINE H LASCALA IRA | CHAPEL HILL | NC | 9/9/2015 | $ | 50,000.00 | $ | - |
| JAMES AND MELISSA PEELE | PILOT MOUNTAIN | NC | 3/18/2021 | $ | 100,000.00 | $ | 1,026.05 |
| JAMES C WEAVER III IRA | PURLEAR | NC | 4/27/2017 | $ | 102,300.00 | $ | 3,721.91 |
| JAMES COVINGTON ICA | PILOT MOUNTAIN | NC | 12/28/2018 | $ | 400,000.00 | $ | 579.44 |
| JAMES E ESSIC JR IND CASH ACCT | MOCKSVILLE | NC | 7/10/2018 | $ | 101,401.89 | $ | 735.54 |
| JAMES E ESSIC JR IRA | MOCKSVILLE | NC | 2/2/2015 | $ | 386,800.00 | $ | 17,940.45 |
| JAMES LYND IRA | VACAVILLE | CA | 3/9/2018 | $ | 942,126.00 | $ | 182,956.32 |
| JAMES M ROBARDS IND CASH ACCT | GREENVILLE | KY | 5/3/2018 | $ | 124,500.00 | $ | 1,961.44 |
| JAMES PEELE IRA | PILOT MOUNTAIN | NC | 5/23/2019 | $ | 38,600.00 | $ | 1,158.81 |
| JAMESANNA D ROGERS IND CASH ACCT | GREENSBORO | NC | 9/4/2018 | $ | 360,297.00 | $ | 594.56 |
| JAMESANNA D ROGERS IRA | GREENSBORO | NC | 1/30/2015 | $ | 293,000.00 | $ | 21,102.75 |

| | | | | | |
|---|---|---|---|---|---|
| JAN HERMAN ICA | LONE TREE | CO | 5/16/2019 | $ 232,260.91 | $ 43,698.17 |
| JAN R GORMAN IRA | GAINESVILLE | GA | 1/7/2015 | $ 1,200,000.00 | $ 63,890.13 |
| JAN R GORMAN SEP IRA | GAINESVILLE | GA | 1/7/2015 | $ 207,000.00 | $ 32,593.53 |
| JEFFREY T TILLEY INHERITED IRA | KING | NC | 9/9/2019 | $ 42,540.00 | $ 2,138.98 |
| JEFFRY HERMAN ICA | ROSWELL | GA | 5/28/2019 | $ 232,260.91 | $ 43,698.17 |
| JEFFRY HERMAN INHERITED IRA | ROSWELL | GA | 8/24/2018 | $ 104,700.00 | $ 16,369.69 |
| JENNIFER CATTANO INHERITED IRA | RALEIGH | NC | 9/3/2019 | $ 43,800.00 | $ 3,804.70 |
| JEREMY D HOOPER IND CASH ACCT | SAN ANTONIO | TX | 9/6/2018 | $ 25,000.00 | $ 4,122.04 |
| JEROME C HOPPER IRA | OLYMPIA | WA | 5/11/2016 | $ 573,700.00 | $ 10,327.59 |
| JERRY & KARON MONNETT ICA | PLEASANT GARDEN | NC | 8/13/2020 | $ 110,000.00 | $ 1,141.61 |
| JERRY D WILLOUGHBY IRA | MERRITT IS | FL | 2/3/2015 | $ 2,323,000.00 | $ 61,558.77 |
| JERRY D WILLOUGHBY ROTH IRA | MERRITT IS | FL | 2/3/2015 | $ 85,000.00 | $ 20,199.60 |
| JESSE D TUCKER IRA | MOUNT AIRY | NC | 2/12/2015 | $ 250,000.00 | $ 2,074.02 |
| JIMMY & BARBARA STARLING IND CASH ACCT | MOUNT AIRY | NC | 6/20/2018 | $ 30,000.00 | $ 5,384.07 |
| JOANN WOODWORTH ICA | LAKEWOOD RANCH | FL | 2/9/2018 | $ 125,499.34 | $ 16,284.38 |
| JOANN WOODWORTH IRA | LAKEWOOD RANCH | FL | 2/2/2015 | $ 32,742.98 | $ 5,129.88 |
| JOE B NORMAN IRA | MOUNT AIRY | NC | 3/12/2015 | $ 208,100.00 | $ 1,683.71 |
| JOEL AND GAIL LAWSON ICA | OAK RIDGE | NC | 2/24/2020 | $ 75,000.00 | $ 493.80 |
| JOHAN HOVENKAMP ICA | PFAFFTOWN | NC | 7/24/2020 | $ 49,500.00 | $ 2,974.07 |
| John & Cynthia Kearney ICA | PEACHTREE CTY | GA | 12/31/2020 | $ 41,000.00 | $ 1,112.70 |
| JOHN AND JEANNE PERKINS ICA | DOBSON | NC | 3/18/2021 | $ 50,000.00 | $ 513.03 |
| JOHN AND JUDITH HOLLAND IND CASH ACCT | LEXINGTON | NC | 9/28/2018 | $ 110,000.00 | $ 1,060.05 |
| JOHN D LOIKA IRA | CORP CHRISTI | TX | 2/25/2015 | $ 1,000,000.00 | $ 14,561.28 |
| JOHN D SIZEMORE IRA | PFAFFTOWN | NC | 2/2/2015 | $ 66,800.00 | $ 4,877.24 |
| John Disosway & Sylvia Majani ICA | PATRICK AFB | FL | 5/20/2019 | $ 250,000.00 | $ 263,038.06 |
| JOHN F DISOSWAY IRA | PATRICK AFB | FL | 1/12/2015 | $ 1,380,000.00 | $ 9,868.57 |
| JOHN F DISOSWAY ROTH IRA | PATRICK AFB | FL | 1/12/2015 | $ 226,852.79 | $ 15,768.90 |
| JOHN H LOMAX III IRA | CORNELIUS | NC | 7/30/2015 | $ 738,300.00 | $ 41,425.40 |
| JOHN HAVEN LOMAX III REV TRUST ICA | CORNELIUS | NC | 4/6/2021 | $ 171,900.00 | $ 11,421.69 |
| JOHN HOLLAND ICA | CLEMMONS | NC | 5/21/2021 | $ - | $ 30,500.00 |
| JOHN J LANCZKI IND CASH ACCT | SOUTH LYON | MI | 9/14/2018 | $ 198,209.81 | $ 508.24 |
| JOHN K WESTERFIELD IND CASH ACCT | OWENSBORO | KY | 6/5/2018 | $ 170,000.00 | $ 1,700.01 |
| JOHN KEARNEY IRA | PEACHTREE CTY | GA | 3/23/2020 | $ 1,218,000.00 | $ 62,620.53 |
| JOHN KEARNEY ROTH | PEACHTREE CTY | GA | 12/23/2020 | $ 104,000.00 | $ 2,195.36 |
| JOHN LOMAX III INHERITED IRA | CORNELIUS | NC | 4/6/2021 | $ 87,250.00 | $ 8,141.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHN R CARSON II IND CASH ACCT | TAYLORSVILLE | NC | 11/9/2018 | $ | 732,700.00 | $ 577.96 |
| JOHN R SMITH IRA | PLEASANT GARDEN | NC | 4/9/2015 | $ | 37,000.00 | $ 14,422.04 |
| JOHN S WILLIAMS & BARBARA U WILLIAMS IND | CENTRAL CITY | KY | 2/5/2018 | $ | 250,000.00 | $ 10,218.96 |
| JOHN WILLIAMS ICA | CENTRAL CITY | KY | 11/25/2019 | $ | 100,000.00 | $ 8,733.39 |
| JOHNSIE WALLACE IND CASH ACCT | LEXINGTON | NC | 1/3/2019 | $ | 75,000.00 | $ 5,380.16 |
| JORDAN SNOW ICA | PILOT MOUNTAIN | NC | 3/23/2021 | $ | 101,000.00 | $ 415.80 |
| JOSEPH CRITES ICA | COLUMBUS | OH | 2/25/2021 | $ | 25,000.00 | $ 250.02 |
| JOSEPH F SCOTT JR ICA | JULIAN | NC | 10/6/2020 | $ | 160,890.00 | $ 14,202.56 |
| JOYCE A REEDY IRA | HENDERSON | NV | 4/22/2016 | $ | 160,500.00 | $ 5,328.83 |
| JOYCE P WATSON IND CASH ACCT | PINNACLE | NC | 6/13/2018 | $ | 500,000.00 | $ 10,452.15 |
| JOYCE REEDY ICA | HENDERSON | NV | 1/29/2019 | $ | 108,400.00 | $ 7,538.05 |
| JOYCE T BOWMAN IRA | PILOT MOUNTAIN | NC | 2/10/2015 | $ | 116,000.00 | $ 10,400.81 |
| JUDITH B ESSIC IRA | WINSTON SALEM | NC | 1/23/2019 | $ | 100,000.00 | $ 6,093.66 |
| JUDITH P ROACH IND CASH ACCT | ALEXANDRIA | VA | 11/19/2018 | $ | 200,000.00 | $ 2,069.91 |
| JULIA ROSE IND CASH ACCT | GREENVILLE | KY | 6/15/2018 | $ | 270,000.00 | $ 3,155.74 |
| JUNE F HOLLMAN IND CASH ACCT | KINGSVILLE | MD | 8/15/2018 | $ | 335,475.02 | $ 7,869.36 |
| JUNE R LITTLE IND CASH ACCT | PORT ANGELES | WA | 11/1/2018 | $ | 200,066.04 | $ 30,000.72 |
| KAREN H HARRIS IRA | WINSTON SALEM | NC | 1/28/2015 | $ | 166,500.00 | $ 1,375.20 |
| KAREN PINNIX IND CASH ACCT | PFAFFTOWN | NC | 8/13/2018 | $ | 50,000.00 | $ 557.82 |
| KAREN STEPHENS IRA | WINSTON SALEM | NC | 9/4/2020 | $ | 200,000.00 | $ 6,384.01 |
| KATHERINE BRYANT ICA | WINSTON SALEM | NC | 1/5/2021 | $ | 100,000.00 | $ 2,302.81 |
| KATHLEEN A JESSEN IND CASH ACCT | SARASOTA | FL | 1/5/2018 | $ | 84,173.17 | $ 1,264.72 |
| KATHLEEN A JESSEN IRA | SARASOTA | FL | 1/26/2015 | $ | 54,007.21 | $ 5,845.85 |
| KATHLEEN LYDEN SEP | OSPREY | FL | 6/16/2020 | $ | 302,000.00 | $ 7,315.54 |
| KATHRYN G PRUETT PERSONAL TRUST IND CASH | MOUNT AIRY | NC | 7/17/2018 | $ | 827,000.00 | $ 140,571.23 |
| KEITH V BURWELL IND CASH ACCT | WESTFIELD | NC | 6/8/2018 | $ | 340,000.00 | $ 514.44 |
| KEITH V BURWELL IRA | WESTFIELD | NC | 3/2/2015 | $ | 35,700.00 | $ 6,623.93 |
| KELLY A. RAINEY TRUST ICA | GAINESVILLE | GA | 7/20/2020 | $ | 800,000.00 | $ 4,482.19 |
| KELLY HOOPER ICA | Merritt Island | FL | 11/6/2018 | $ | 200,000.00 | $ 214,484.58 |
| KENDHAL M SCHROEDER IRREVOCABLE TRUST IC | MOUNT AIRY | NC | 1/29/2019 | $ | 150,000.00 | $ 1,172.75 |
| KENNETH AND ANN KLAMFOTH IND CASH ACCT | MOUNT AIRY | NC | 9/4/2018 | $ | 765,849.20 | $ 1,360.65 |
| KENNETH D KLAMFOTH IRA | MOUNT AIRY | NC | 1/30/2015 | $ | 213,400.00 | $ 14,398.96 |
| KENNETH D MUSSER JR LIVING TRUST | UNDERWOOD | WA | 6/25/2018 | $ | 592,700.00 | $ 2,429.41 |
| KENNETH G & LOIS R SHIELDS IND CASH ACCT | PINNACLE | NC | 6/8/2018 | $ | 70,000.00 | $ 604.12 |
| KENNETH G SHIELDS IRA | PINNACLE | NC | 2/3/2015 | $ | 109,800.00 | $ 4,193.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| KENNETH H HUGHES IND CASH ACCT | SACRAMENTO | KY | 5/10/2018 | $ | 24,750.00 | $ | 4,611.48 |
| KENNETH MUSSER ROTH IRA | UNDERWOOD | WA | 1/28/2015 | $ | 569,378.00 | $ | 3,729.89 |
| KENT BURWELL ICA | WESTFIELD | NC | 3/25/2019 | $ | 20,000.00 | $ | 502.35 |
| KEVIN BARKER IRA | RURAL HALL | NC | 3/12/2021 | $ | 110,000.00 | $ | 500.08 |
| KIM BURWELL ICA | WESTFIELD | NC | 3/25/2019 | $ | 20,000.00 | $ | 1,790.38 |
| KIMBERLY MURRAY INHERITED IRA | HILLSBOROUGH | NC | 5/20/2020 | $ | 258,000.00 | $ | 12,079.62 |
| KRISTAL BROWN-HICKS ICA | WINSTON-SALEM | NC | 4/29/2021 | $ | 100,000.00 | $ | 2,505.35 |
| LADONNA SHOULDERS INHERITED IRA | SLAUGHTERS | KY | 4/16/2021 | $ | - | $ | - |
| LARRY D & LINDA K CANNOY IND CASH ACCT | MOUNT AIRY | NC | 8/10/2018 | $ | 510,000.00 | $ | 518.58 |
| LARRY D LAWSON IRA | GALAX | VA | 8/1/2018 | $ | 130,000.00 | $ | 13,521.77 |
| LATAIN BIRELEY TRUST IND CASH ACCT | GREENVILLE | SC | 6/18/2018 | $ | 700,000.00 | $ | 5,702.27 |
| LAURA M TORBETT IRA | LAKESIDE | CA | 2/2/2015 | $ | 312,600.00 | $ | 9,844.78 |
| LAURA TORBETT IND CASH ACCT | LAKESIDE | CA | 8/2/2018 | $ | 141,800.00 | $ | 4,717.24 |
| LAWRENCE JESSEN IND CASH ACCT | SARASOTA | FL | 1/8/2018 | $ | 48,994.17 | $ | 799.25 |
| LAWRENCE M JESSEN IRA | SARASOTA | FL | 1/26/2015 | $ | 54,007.21 | $ | 5,840.82 |
| LEIF KARLSSON IRA | GREENSBORO | NC | 2/11/2021 | $ | 203,900.00 | $ | 582.24 |
| LEONANNIE STANBERRY ICA | WINSTON SALEM | NC | 6/20/2019 | $ | 75,000.00 | $ | 1,185.04 |
| LEONARD J MURRAY JR IND CASH ACCT | PORT ST LUCIE | FL | 9/14/2018 | $ | 146,881.37 | $ | 519.37 |
| LESTER T HOLLAND IRA | GREENSBORO | NC | 1/30/2015 | $ | 190,500.00 | $ | 2,059.15 |
| LILA DAVIDSON AND ELIZABETH SLATE ICA | PINNACLE | NC | 3/26/2019 | $ | 64,500.00 | $ | 1,516.61 |
| LINDA BENNETT ICA | SARASOTA | FL | 3/27/2018 | $ | 211,596.16 | $ | 39,895.95 |
| LINDA C BENNETT IRA | SARASOTA | FL | 4/20/2015 | $ | 19,095.85 | $ | 3,510.86 |
| LINDA C BENNETT ROTH IRA | SARASOTA | FL | 4/20/2015 | $ | 71,600.23 | $ | 13,678.93 |
| LINDA KEY ICA | ARARAT | NC | 6/14/2019 | $ | 100,000.00 | $ | 493.98 |
| LINDA L GORMAN SEP IRA | GAINESVILLE | GA | 1/7/2015 | $ | 143,000.00 | $ | 18,160.23 |
| LINDA WHITEHOUSE IRA | CENTRAL CITY | KY | 10/28/2019 | $ | 272,100.00 | $ | 78,648.97 |
| LISA A WRIGHT IND CASH ACCT | PITTSBORO | NC | 5/17/2018 | $ | 445,700.00 | $ | 469.04 |
| LISA G MARTIN IRA | MT AIRY | NC | 1/26/2015 | $ | 144,000.00 | $ | 5,166.95 |
| LISA GEORGE IRA | SALISBURY | NC | 5/3/2019 | $ | 153,200.00 | $ | 6,627.11 |
| LLOYD AND LAURA TERRY IND CASH ACCT | LOWGAP | NC | 6/22/2018 | $ | 106,100.00 | $ | 5,289.73 |
| LOIS JAMES ICA | OLIN | NC | 6/18/2019 | $ | 49,500.00 | $ | 6,204.17 |
| LOIS JAMES IRA | OLIN | NC | 6/18/2019 | $ | 41,600.00 | $ | 5,493.08 |
| LOIS R SHIELDS IRA | PINNACLE | NC | 2/3/2015 | $ | 84,600.00 | $ | 3,096.74 |
| LORI A HOPPER IRA | OLYMPIA | WA | 5/11/2016 | $ | 40,300.00 | $ | 3,670.58 |
| LYNN TEAL ICA | KING | NC | 4/22/2019 | $ | 53,000.00 | $ | 513.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LYNN TEAL IRA | KING | NC | 4/18/2019 | $ | 38,600.00 | $ | 1,617.12 |
| MARCIA EVERHART ICA | CONCORD | NC | 4/6/2021 | $ | 171,900.00 | $ | 11,421.69 |
| MARCIA EVERHART INHERITED IRA | CONCORD | NC | 4/6/2021 | $ | 87,250.00 | $ | 8,141.91 |
| MARCIA L EVERHART IRA | CONCORD | NC | 6/17/2015 | $ | 188,000.00 | $ | 17,310.04 |
| MARCIA MARTIN ICA | WESTFIELD | NC | 9/17/2020 | $ | 50,000.00 | $ | 505.92 |
| MARIE LLOYD ICA | VENICE | FL | 4/17/2018 | $ | 88,931.38 | $ | 16,300.51 |
| MARILYN R DRAPER IND CASH ACCT | GREENVILLE | KY | 12/19/2017 | $ | 11,750.00 | $ | 392.28 |
| MARITAL TRUST U/W OF WILLIAM HARRY ADAMS | TOBACCOVILLE | NC | 9/11/2018 | $ | 318,364.47 | $ | 1,462.20 |
| MARK DEL PICO ICA | SARASOTA | FL | 6/12/2020 | $ | 406,000.00 | $ | 2,380.88 |
| MARK DEL PICO IRA | SARASOTA | FL | 6/11/2020 | $ | 328,200.00 | $ | 2,251.74 |
| MARK HOLLAND IRA | TRAVELERS RST | SC | 11/3/2016 | $ | 592,400.00 | $ | 27,909.99 |
| MARSHA A WHISMAN IRA | LOUISVILLE | KY | 5/18/2015 | $ | 235,500.00 | $ | 35,130.63 |
| MARTHA F STINNETT IRA | CHATTANOOGA | TN | 4/14/2015 | $ | 250,000.00 | $ | - |
| MARTHA L FRANKLIN IND CASH ACCT | MORGAN TOWN | KY | 6/13/2018 | $ | 550,000.00 | $ | 27,528.67 |
| MARY ANN HOLLMAN IND CASH ACCT | KINGSVILLE | MD | 10/19/2018 | $ | 165,000.00 | $ | 17,735.76 |
| MARY ANN HOLLMAN IRA | KINGSVILLE | MD | 3/1/2016 | $ | 89,700.00 | $ | 14,810.89 |
| MARY JO REVLETT IRA DEC'D | SACREMENTO | KY | 2/25/2015 | $ | 123,200.00 | $ | 13,254.79 |
| MAURICE J DUPRE IRA | ROSWELL | GA | 2/23/2015 | $ | 150,000.00 | $ | 19,138.07 |
| MAYNARD W SHELTON IND CASH ACCT | WALNUT COVE | NC | 5/29/2018 | $ | 97,000.00 | $ | 532.06 |
| MELISSA PEELE IRA | PILOT MOUNTAIN | NC | 5/23/2019 | $ | 21,300.00 | $ | 812.36 |
| MELVIN AND JULIA LAMBE IND CASH ACCT | PILOT MOUNTAIN | NC | 9/24/2018 | $ | 400,000.00 | $ | 502.37 |
| MERIAL B HOLLAND IND CASH ACCT | MOUNT AIRY | NC | 7/23/2018 | $ | 321,200.00 | $ | 3,006.46 |
| MICHAEL AND BESSIE LOVE ICA | PILOT MOUNTAIN | NC | 11/6/2019 | $ | 100,000.00 | $ | 3,178.14 |
| MICHAEL AND BRENDA CRAIG ICA | PINEVILLE | NC | 10/27/2020 | $ | 115,000.00 | $ | 508.28 |
| MICHAEL BLANTON ICA | HENDERSONVLLE | NC | 5/7/2021 | $ | - | $ | 200,000.00 |
| MICHAEL D MADDEN IRA | ORLANDO | FL | 3/3/2015 | $ | 59,350.00 | $ | 10,881.35 |
| MICHAEL HALL ICA | SUWANEE | GA | 3/25/2021 | $ | 400,000.00 | $ | 5,071.45 |
| MICHAEL M JONES SIMPLE IRA | GREENSBORO | NC | 2/13/2015 | $ | 509,800.00 | $ | 31,450.36 |
| MICHAEL R LOVE IRA | PILOT MOUNTAIN | NC | 1/26/2015 | $ | 1,137,900.00 | $ | 15,943.22 |
| MICHAEL THORPE IRA | MOUNT AIRY | NC | 12/3/2019 | $ | 100,000.00 | $ | 8,767.79 |
| MICHAEL W SENIOR IRA | SANTA RSA BCH | FL | 2/23/2015 | $ | 1,100,000.00 | $ | 7,222.92 |
| MITCH CLEARY IRA | ENNICE | NC | 3/1/2021 | $ | - | $ | - |
| MONDELL LOVE ICA | PILOT MOUNTAIN | NC | 2/21/2020 | $ | 100,000.00 | $ | 523.06 |
| MYCLETA BURWELL | WESTFIELD | NC | 6/5/2018 | $ | 252,437.00 | $ | 571.25 |
| NANCY E DANNA IND CASH ACCT | BLOOMFLD HLS | MI | 9/14/2018 | $ | 146,881.38 | $ | 519.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NANCY J CORROW ROTH IRA | SARASOTA | FL | 3/16/2015 | $ | 70,466.79 | $ 4,307.80 |
| NANCY L EVERIDGE IRA | CANA | VA | 2/2/2015 | $ | 59,000.00 | $ 1,863.03 |
| NANCY N LIBBY IND CASH ACCT | FANCY GAP | VA | 8/29/2018 | $ | 452,900.00 | $ 912.69 |
| NANCY W TUDOR IRA | GREENVILLE | KY | 2/12/2015 | $ | 30,500.18 | $ 9,090.62 |
| NATHAN & HENEDINA DEBORD IND CASH ACCT | KING | NC | 6/19/2018 | $ | 45,800.00 | $ 502.56 |
| NATHAN S DEBORD IRA | KING | NC | 2/11/2015 | $ | 107,700.00 | $ 14,925.26 |
| NATHAN S DEBORD ROTH IRA | KING | NC | 2/11/2015 | $ | 87,000.00 | $ 15,905.08 |
| NATHANIEL AND SALLIE BRYANT ICA | WINSTON SALEM | NC | 1/5/2021 | $ | 50,000.00 | $ 1,401.39 |
| NELSON L MONTGOMERY IRA | DUGSPUR | VA | 2/23/2015 | $ | 167,500.00 | $ 4,992.51 |
| NINA E DAVIDSON IND CASH ACCT | MOUNT AIRY | NC | 8/10/2018 | $ | 100,000.00 | $ 514.58 |
| PAMELA SNOW ICA | DOBSON | NC | 1/16/2019 | $ | 716,000.00 | $ 4,390.36 |
| PAMELA T GOINS IND CASH ACCT | MOUNT AIRY | NC | 7/13/2018 | $ | 159,750.00 | $ 559.56 |
| PANSY CHANEY ICA | MOUNT AIRY | NC | 10/23/2019 | $ | 200,000.00 | $ 495.70 |
| PATRICIA A HARLAN IRA | GREENVILLE | KY | 2/25/2015 | $ | 120,100.00 | $ 4,965.77 |
| PATRICIA J BOWLES IND CASH ACCT | BULLHEAD CITY | AZ | 9/6/2018 | $ | 49,500.00 | $ 528.70 |
| PATRICIA J BOWLES IRA | BULLHEAD CITY | AZ | 1/26/2015 | $ | 48,000.00 | $ 5,574.01 |
| PATRICIA NIFONG IRA | WINSTON SALEM | NC | 5/13/2021 | $ | - | $ - |
| PATRICIA P GREENE IRA | HARRISBURG | NC | 4/1/2015 | $ | 182,000.00 | $ 12,455.73 |
| PATSY P REVO IRA | GREENVILLE | KY | 2/12/2015 | $ | 55,900.00 | $ 17,459.04 |
| PAUL A VAUGHAN IRA | ENNICE | NC | 9/10/2018 | $ | 146,500.00 | $ 2,177.43 |
| PAUL AND DEBRA HUMPHRIES IND CASH ACCT | LIVERMORE | CO | 9/25/2018 | $ | 150,000.00 | $ 1,247.13 |
| PAUL D HUMPHRIES IRA | LIVERMORE | CO | 4/20/2016 | $ | 160,100.00 | $ 12,329.37 |
| PAUL H AYERS IND CASH ACCT | RURAL HALL | NC | 8/14/2018 | $ | 34,000.00 | $ 534.64 |
| PAUL J GACH & LISA A GEORGE IND CASH ACC | SALISBURY | NC | 8/10/2018 | $ | 862,200.00 | $ 35,092.71 |
| PAULA A. HOLLAND TRUST ICA | TRAVELERS REST | SC | 1/11/2018 | $ | 577,915.00 | $ 10,626.83 |
| PAULA W FINLEY IND CASH ACCT | GREENVILLE | KY | 2/15/2018 | $ | 120,000.00 | $ 2,811.86 |
| PEGGIE T THOMAS IRA | MOUNT AIRY | NC | 11/21/2017 | $ | 69,000.00 | $ 8,241.83 |
| PEGGIE THOMAS IND CASH ACCOUNT | MOUNT AIRY | NC | 3/12/2018 | $ | 240,000.00 | $ 7,606.43 |
| PETER ANDERSON IRA | NEWNAN | GA | 1/26/2015 | $ | 1,880,500.00 | $ 48,260.59 |
| PETER ANDERSON ROTH IRA | NEWNAN | GA | 1/26/2015 | $ | 321,400.00 | $ 30,331.83 |
| PETER W SMITH IRA | DECATUR | GA | 7/27/2015 | $ | 96,996.17 | $ - |
| PHYLLIS A OEHMAN IRA | CANA | VA | 9/19/2017 | $ | 137,900.00 | $ 9,477.74 |
| PHYLLIS B VANHOY IRA | Cornelius | NC | 3/17/2015 | $ | 104,900.00 | $ 23,562.10 |
| PRUETT FAMILY TRUST IND CASH ACCT | MOUNT AIRY | NC | 7/17/2018 | $ | 234,869.54 | $ 55,182.36 |
| RALPH VICK IRA | GREENVILLE | KY | 1/15/2020 | $ | 210,000.00 | $ 15,287.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RAMONA M POOLE IND CASH ACCT | KENNESAW | GA | 10/24/2018 | $ | 200,000.00 | $ | 1,750.00 |
| RAMONA M POOLE IRA | KENNESAW | GA | 2/19/2015 | $ | 500,000.00 | $ | 3,860.17 |
| RANDY MENDENHALL ICA | WALNUT COVE | NC | 1/17/2020 | $ | 50,000.00 | $ | 4,256.54 |
| RANDY WHITAKER IRA | CHERRYVILLE | NC | 8/10/2015 | $ | 200,000.00 | $ | - |
| RAY P LANCZKI IND CASH ACCT | WESTLAND | MI | 9/14/2018 | $ | 198,209.80 | $ | 508.24 |
| RAYMOND AND SUSANNE FISCHER ICA | MOORESVILLE | NC | 5/11/2020 | $ | 49,500.00 | $ | 3,712.53 |
| RAYMOND BELL III AND SARAH ABEE-BELL ICA | LITTLETON | NH | 5/24/2021 | $ | - | $ | - |
| RAYMOND E BELL JR IND CASH ACCT | KENNESAW | GA | 10/30/2018 | $ | 400,000.00 | $ | 10,390.45 |
| REBECCA J NATANSON IRA | WINSTON SALEM | NC | 2/7/2018 | $ | 62,600.00 | $ | 4,263.75 |
| REBECCA SMITH IND CASH ACCT | GREENSBORO | NC | 10/9/2018 | $ | 96,544.39 | $ | 525.99 |
| REBECCA SMITH IRA | GREENSBORO | NC | 1/29/2015 | $ | 359,000.00 | $ | 6,685.17 |
| REBECCA TAPP ICA | CARY | NC | 5/21/2020 | $ | 150,000.00 | $ | 506.39 |
| REBECCA YOUNG ICA | GREENVILLE | KY | 3/26/2020 | $ | 599,500.00 | $ | 38,763.17 |
| REGINA GOODFRIEND IRA | BOCA RATON | FL | 8/5/2015 | $ | 160,000.00 | $ | 29,719.51 |
| REGINALD A FERUSON & SARAH C FERGUSON TR | CHARLOTTE | NC | 6/6/2018 | $ | 191,700.00 | $ | 2,448.78 |
| RENEE KLEIN ICA | PFAFFTOWN | NC | 7/23/2020 | $ | 79,500.00 | $ | 4,473.52 |
| REX SLATE ICA | PINNACLE | NC | 4/12/2019 | $ | 30,000.00 | $ | 4,509.46 |
| RIANN CRISSMAN ICA | CLEMMONS | NC | 1/5/2021 | $ | 72,000.00 | $ | 1,798.00 |
| RICHMOND GAGE IND CASH ACCT | KING | NC | 1/7/2019 | $ | 215,000.00 | $ | 512.82 |
| RITA T MANUEL IRA | MOUNT AIRY | NC | 2/10/2015 | $ | 84,600.00 | $ | 3,509.43 |
| ROBERT A BERMANN REVOCABLE TRUST | MOORESVILLE | NC | 11/27/2018 | $ | 524,900.00 | $ | 528,156.89 |
| ROBERT A GOODMAN IRA | ROSWELL | GA | 2/2/2015 | $ | 1,000,000.00 | $ | 2,308.97 |
| ROBERT A HUNTER IRA | PILOT MTN | NC | 10/28/2016 | $ | 104,100.00 | $ | 6,363.03 |
| ROBERT BERMANN IRA | MOORESVILLE | NC | 11/28/2018 | $ | 162,000.00 | $ | 21,281.26 |
| ROBERT R HATFIELD IRA | NORTH PORT | FL | 2/6/2015 | $ | 1,099,689.81 | $ | 15,788.34 |
| ROBERT WORRELL IRA | DUGSPUR | VA | 3/1/2021 | $ | 99,950.00 | $ | 506.16 |
| RODNEY BENNETT ICA | SARASOTA | FL | 7/5/2018 | $ | 42,000.00 | $ | 8,667.81 |
| RODNEY J BENNETT IRA | SARASOTA | FL | 4/20/2015 | $ | 791,618.04 | $ | 41,364.46 |
| RODNEY T TILLEY INHERITED IRA | KING | NC | 9/9/2019 | $ | 28,340.00 | $ | 1,620.02 |
| RODNEY TILLEY ICA | KING | NC | 12/24/2019 | $ | 100,000.00 | $ | 8,095.65 |
| ROGER ARBUCKLE ICA | GREENVILLE | KY | 2/14/2020 | $ | 183,500.00 | $ | 13,255.03 |
| ROGER L TAYLOR IND CASH ACCT | MOUNT AIRY | NC | 4/4/2018 | $ | 41,750.00 | $ | 3,014.11 |
| ROGER L TAYLOR IRA | MOUNT AIRY | NC | 2/18/2015 | $ | 68,000.00 | $ | 4,083.53 |
| ROGER McKINNEY ICA | PINNACLE | NC | 9/24/2020 | $ | 300,000.00 | $ | 3,693.05 |
| ROLAND L BURKE IRA | GREENVILLE | KY | 8/10/2018 | $ | 99,750.00 | $ | 16,024.63 |

| | | | | | |
|---|---|---|---|---|---|
| RONALD C JONES IRA | MOUNT AIRY | NC | 9/18/2019 | $ 200,000.00 | $ 2,338.72 |
| RONALD E HARRIS IND CASH ACCT | GREENSBORO | NC | 9/28/2018 | $ 66,006.33 | $ 506.51 |
| RONALD E HARRIS IRA | GREENSBORO | NC | 3/31/2015 | $ 382,100.00 | $ 23,545.54 |
| RONALD EDWARDS IRA | KING | NC | 6/5/2019 | $ 288,000.00 | $ 11,751.37 |
| RONALD R HORN ESTATE ICA | LOS ANGELES | CA | 11/25/2019 | $ 423,008.29 | $ 59,006.32 |
| RONNIE D HAWKS IRA | GALAX | VA | 7/6/2015 | $ 103,500.00 | $ 7,224.74 |
| ROSEMARIE J CULLEN IRA | WESTLAKE VILLAGE | CA | 2/23/2015 | $ 103,900.00 | $ 21,830.96 |
| ROY AND SHIRLEY HILL ICA | FRIES | VA | 9/26/2019 | $ 50,000.00 | $ 5,209.65 |
| ROY D BURCH IND CASH ACCT | MOUNT AIRY | NC | 6/12/2018 | $ 90,000.00 | $ 1,503.21 |
| ROY D BURCH IRA | MOUNT AIRY | NC | 2/12/2015 | $ 190,800.00 | $ 6,171.37 |
| RUSSELL A DANLEY AND BARBARA C DANLEY | RURAL HALL | NC | 9/19/2019 | $ 132,000.00 | $ 500.43 |
| RUSSELL A DANLEY IRA | RURAL HALL | NC | 9/18/2019 | $ 175,000.00 | $ 836.99 |
| RUSSELL G STINNETT IRA | MT PLEASANT | SC | 4/16/2015 | $ 100,000.00 | $ - |
| RUTH M. HOWERTON TRUST U/A DATED 12-14-2 | GREENSBORO | NC | 8/18/2020 | $ 225,000.00 | $ 11,747.39 |
| SAMUEL L ROBINSON IRA | GALAX | VA | 2/10/2015 | $ 121,250.00 | $ 2,241.73 |
| SAMUEL ROBINSON ICA | GALAX | VA | 2/4/2021 | $ 49,500.00 | $ 963.87 |
| SANDRA DAVIS ROTH | BEAUFORT | NC | 8/14/2020 | $ 24,700.00 | $ 1,731.94 |
| SANDRA POSEY ICA | PINNACLE | NC | 1/16/2020 | $ 51,000.00 | $ 2,982.13 |
| SCOTT SPENCE IRA | TROPHY CLUB | TX | 9/25/2018 | $ 1,159,900.00 | $ 26,622.25 |
| SHARON GATES-HODGES ICA | DOBSON | NC | 5/29/2019 | $ 29,500.00 | $ 401.27 |
| SHARON PADDEN ICA | BRASELTON | GA | 4/3/2019 | $ 499,750.00 | $ 71,161.79 |
| SHARRON JESSUP IRA | GREENVILLE | KY | 11/20/2015 | $ 55,200.00 | $ 6,364.98 |
| SHERYL A BRIDGES IRA | SARASOTA | FL | 8/24/2015 | $ 199,700.00 | $ 4,805.18 |
| STEPHANIE HICKS IRA | PINNACLE | NC | 1/26/2015 | $ 66,800.00 | $ 4,862.39 |
| STEPHEN PRESTON IRA | KING | NC | 3/28/2019 | $ 32,100.00 | $ 5,027.88 |
| Steven & Dori Mitchell ICA | OLYMPIA | WA | 5/8/2018 | $ 286,500.00 | $ 2,800.79 |
| STEVEN A MITCHELL IRA | OLYMPIA | WA | 8/3/2016 | $ 1,000,000.00 | $ 17,553.23 |
| STEVEN A MITCHELL ROTH IRA | OLYMPIA | WA | 8/3/2016 | $ 29,700.00 | $ 1,137.02 |
| STEVEN A MITCHELL SEP IRA | OLYMPIA | WA | 8/3/2016 | $ 250,000.00 | $ 4,861.07 |
| STEVEN AND MARY KISH IND CASH ACCT | PINNACLE | NC | 8/13/2018 | $ 470,331.46 | $ 474.39 |
| STEVEN AND ROBIN SMITH ICA | WAYNESVILLE | NC | 11/12/2020 | $ 433,000.00 | $ 3,080.34 |
| STEVEN KISH JR ICA | PINNACLE | NC | 11/25/2019 | $ 19,500.00 | $ 506.55 |
| STEVEN M HAWKS IND CASH ACCT | GALAX | VA | 5/15/2018 | $ 363,500.00 | $ 12,820.59 |
| STEVEN M HAWKS IRA | GALAX | VA | 5/25/2018 | $ 51,300.00 | $ 2,071.32 |
| STEVEN WORLEY IRA | ARDEN | NC | 4/29/2021 | $ - | $ 228,175.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SURREY LANE PARTNERS,LTD ICA | SPRING | TX | 6/11/2020 | $ | 5,000,000.00 | $ | 302,502.74 |
| SUSAN GREGORY ICA | KING | NC | 6/11/2020 | $ | 39,500.00 | $ | 2,836.89 |
| SUSAN GREGORY IRA | KING | NC | 10/6/2020 | $ | 453,200.00 | $ | 9,045.40 |
| SUSAN TILLEY IND CASH ACCT | MOUNT AIRY | NC | 1/3/2019 | $ | 95,000.00 | $ | 506.57 |
| SYLVIA BOYLES IRA | MOUNT AIRY | NC | 12/11/2019 | $ | 21,600.00 | $ | 502.81 |
| SYLVIA BOYLES ROTH IRA | MOUNT AIRY | NC | 4/29/2019 | $ | 59,100.00 | $ | 496.32 |
| SYLVIA MAJANI ICA | PATRICK AFB | FL | 4/26/2018 | $ | 235,000.00 | $ | 24,503.97 |
| TERA AND JOHN SARGENT ICA | MILTON | GA | 3/3/2020 | $ | 100,000.00 | $ | 4,589.45 |
| TERRI S SHORE INHERITED IRA | WINSTON SALEM | NC | 4/2/2015 | $ | 81,600.00 | $ | 2,136.60 |
| TERRY AND BELINDA MOOREFIELD IND CASH AC | SIOUX FALLS | SD | 8/22/2018 | $ | 166,500.00 | $ | 3,080.46 |
| TERRY SNOW ICA | DOBSON | NC | 1/16/2019 | $ | 656,000.00 | $ | 837.71 |
| THE AUBREY J GIBBS RLT IND CASH ACCT | RICHMOND | IN | 3/27/2018 | $ | 478,217.26 | $ | 6,029.68 |
| THE DIANE TANEN RLT ICA | TREASURE ISLAND | FL | 4/2/2018 | $ | 111,611.60 | $ | 2,199.45 |
| THERESA VARNER IND CASH ACCT | KERNERSVILLE | NC | 9/24/2018 | $ | 50,000.00 | $ | 504.03 |
| THOMAS & BEVERLY CRAMPTON TRUST CASH ACC | TRAVELERS REST | SC | 1/11/2018 | $ | 240,000.00 | $ | 1,501.24 |
| THOMAS T LYONS IRA | OWENSBORO | KY | 2/6/2015 | $ | 193,522.01 | $ | 10,529.26 |
| TIMOTHY J TUDOR IRA | GREENVILLE | KY | 2/12/2015 | $ | 92,200.54 | $ | 26,783.07 |
| TIMOTHY PADDEN ICA | BRASELTON | GA | 10/3/2019 | $ | 202,750.00 | $ | 6,727.74 |
| TIMOTHY R HALL IRA | KING | NC | 12/6/2017 | $ | 108,600.00 | $ | 13,013.20 |
| TONI E JONES SIMPLE IRA | GREENSBORO | NC | 4/13/2016 | $ | 61,700.00 | $ | 13,835.89 |
| TRACEY M SMITH IRA | ORLANDO | FL | 3/4/2015 | $ | 116,000.00 | $ | 20,412.65 |
| ULLA KARLSSON IRA | HIGH POINT | NC | 3/25/2015 | $ | 137,800.00 | $ | 1,719.32 |
| VARNER A VOGLER IND CASH ACCT | KING | NC | 3/27/2018 | $ | 178,100.00 | $ | 6,150.07 |
| VERLINDA C DUKES IND CASH ACCT | GREENSBORO | NC | 4/26/2018 | $ | 99,500.00 | $ | 9,217.94 |
| VERLINDA C DUKES IRA | GREENSBORO | NC | 7/30/2018 | $ | 78,800.00 | $ | 13,174.92 |
| VICKIE EARLE ICA DEC'D | CUMMING | GA | 6/20/2018 | $ | 77,733.44 | $ | 3,291.75 |
| VICKIE L EARLE ROTH IRA DEC'D | CUMMING | GA | 3/2/2015 | $ | 139,000.00 | $ | 28,772.19 |
| VICKIE S RENEGAR IND CASH ACCT | YADKINVILLE | NC | 2/23/2018 | $ | 92,700.00 | $ | 1,008.81 |
| VICTOR H PERMAR IRA | GREENSBORO | NC | 4/29/2015 | $ | 83,700.00 | $ | 5,217.17 |
| VICTOR HOOPER ICA | MERRITT IS | FL | 8/5/2020 | $ | 200,000.00 | $ | 8,838.79 |
| VICTOR J HOOPER ROTH IRA | MERRITT IS | FL | 3/17/2015 | $ | 1,145,360.00 | $ | 35,815.04 |
| VICTOR J. HOOPER IRREVOCABLE TRUST F ICA | MERRITT ISLAND | FL | 4/26/2018 | $ | 316,860.00 | $ | 1,067.27 |
| VIVIAN V HUTSON IND CASH ACCT | PILOT MOUNTAIN | NC | 11/13/2018 | $ | 75,000.00 | $ | 488.68 |
| VOLKER PETZOLD IRA | Lakewood Ranch | FL | 3/4/2015 | $ | 270,338.52 | $ | 37,557.88 |
| WARREN KING ICA | MOUNT AIRY | NC | 3/26/2020 | $ | 100,000.00 | $ | 7,927.16 |

| | | | | | |
|---|---|---|---|---|---|
| WESLEY CALLAWAY ICA | DAHLONEGA | GA | 7/2/2018 | $ 164,166.74 | $ 171,728.15 |
| WESLEY CALLAWAY IRA | DAHLONEGA | GA | 3/12/2015 | $ 421,500.00 | $ 5,825.03 |
| WILLIAM C HARLAN IRA | GREENVILLE | KY | 7/24/2018 | $ 100,000.00 | $ 1,587.55 |
| WILLIAM G BOWMAN IRA | PILOT MOUNTAIN | NC | 2/10/2015 | $ 121,800.00 | $ 16,475.27 |
| WILLIAM HUMPHREYS ICA | DAVENPORT | IA | 10/9/2019 | $ 85,000.00 | $ 680.33 |
| WILLIAM L CORROW IRA | SARASOTA | FL | 3/16/2015 | $ 301,220.41 | $ 29,205.89 |
| WILLIAM L CORROW ROTH IRA | SARASOTA | FL | 3/16/2015 | $ 155,218.84 | $ 10,508.27 |
| WILLIAM ROMPF ICA | LAKEWOOD RCH | FL | 12/13/2019 | $ 200,000.00 | $ 664.14 |
| WILLIAM V CONN IRA | ATLANTA | GA | 10/9/2015 | $ 70,000.00 | $ 85.13 |
| | | | | $ 109,570,791.45 | |