**Mayes, Joshua**

| | |
|---|---|
| **From:** | John Woods <johnwoods@mindspring.com> |
| **Sent:** | Monday, July 19, 2021 5:48 PM |
| **To:** | deposits@trustprovident.com |
| **Cc:** | Lindsay Mersino |
| **Subject:** | [EXTERNAL] July Interest IRA |
| **Attachments:** | IRA July 2021.xlsx |

**CAUTION:** This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.

IRA accounts     $306,326.25

| NAME | Provident Account Number | INTEREST TO BE PAID |
|---|---|---|
| **IRA Accounts:** | | |
| ADAMS, CLAY | 0335 | $ 724.93 |
| ANDERSON, PETER | 0246 | $ 10,819.32 |
| ANDERSON, ROTH | 0247 | $ 1,648.93 |
| BANET, BRENDA | 0027 | $ 559.89 |
| BARKER, KEVIN | 7876 | $ 542.47 |
| BENNETT, LINDA  ROTH | 0226 | $ 353.10 |
| BENNETT, LINDA IRA | 0225 | $ 94.17 |
| BENNETT, RODNEY IRA | 0224 | $ 3,903.87 |
| BERMANN, ROBERT IRA | 7353 | $ 932.05 |
| BIELEC, DAVID IRA | 0250 | $ 796.44 |
| BIRELEY, DON IRA | 0195 | $ 4,938.08 |
| BLISS,EVELYN IRA | 0097 | $ 574.32 |
| BOAZ, BILLY IRA | 0638 | $ 1,382.22 |
| BOWLES, DORIS IRA | 0149 | $ 535.56 |
| BOWLES, GARY IRA | 0151 | $ 199.73 |
| BOWLES, PATRICIA IRA | 0251 | $ 236.71 |
| BOWMAN, JOYCE IRA | 0098 | $ 572.05 |
| BOWMAN, WILLIAM IRA | 0109 | $ 600.66 |
| BOYLES, Sylvia IRA | 1296 | $ 124.27 |
| BOYLES, Sylvia ROTH | 0463 | $ 298.11 |
| BRADY, DONALD IRA | 1080 | $ 203.67 |
| BRIDGES, SHERYL | 0236 | $ 984.82 |
| BROADAWAY, DORCAS | 0300 | $ 680.71 |
| BROOKS, DAVID IRA | 0097 | $ 1,629.37 |
| BRYANT, DONALD IRA | 0229 | $ 414.66 |
| BRYANT, GINA IRA | 0436 | $ 564.58 |
| BURCH, DONALD IRA | 0159 | $ 948.33 |
| BURKE, ROLAND | 1419 | $ 491.92 |
| BURWELL, KEITH IRA | 0020 | $ 176.05 |
| CALFEE, SUE IRA | 0252 | $ 239.18 |
| CALLAWAY, WESLEY IRA | 0237 | $ 2,445.21 |
| CATTANO, JENNIFER BENE | 0883 | $ 216.00 |
| CHANEY, ELIZABETH IRA | 0387 | $ 443.84 |
| CHEATUM, GLORIA IRA | 0057 | $ 734.79 |
| CLEARY, ELIZABETH | 0131 | $ 182.47 |
| CORROW, NANCY ROTH | 0383 | $ 405.43 |
| CORROW, WILLIAM IRA | 0381 | $ 1,732.96 |
| CORROW, WILLIAM ROTH | 0382 | $ 893.04 |
| CULLEN, BRUCE | 0262 | $ 14,051.01 |
| CULLEN, ROSEMARIE | 0261 | $ 597.78 |
| CULLEN, ROTH | 0263 | $ 2,292.16 |
| DANLEY, RUSSELL IRA | 0943 | $ 863.01 |

| Name | | | | Amount |
|---|---|---|---|---|
| DAVIS, CURTIS IRA | | | 8416 | $ 267.53 |
| DAVIS, SANDRA (roth) | | | 3026 | $ 142.11 |
| DEBORD, HENEDINA | | | 0250 | $ 724.93 |
| DEBORD, HENEDINA ROTH | | | 0132 | $ 95.67 |
| DEBORD, NATHAN IRA | | | 0134 | $ 531.12 |
| DEBORD, NATHAN ROTH | | | 0135 | $ 429.04 |
| DELPICO, MARC | | 9364 | | $ 1,915.28 |
| DISOSOSWAY, JOHN ROTH (#2) | | | 0128 | $ 1,345.29 |
| DISOSWAY, JOHN IRA  (#2) | | | 0127 | $ 7,983.29 |
| DOUGLAS, CHARLES IRA | | | 0173 | $ 483.78 |
| DUKES, VERLINDA IRA | | | 1353 | $ 388.60 |
| DUPRE, MAURICE IRA | | | 0254 | $ 863.01 |
| EARLE, VICKI IRA | | | 0013 | $ 799.73 |
| EDWARDS, RONALD | | | 0621 | $ 1,420.27 |
| ESSIC, JAMES IRA | | | 0015 | $ 1,915.81 |
| ESSIC, JUDITH IRA | | | 0056 | $ 493.15 |
| EVERHART, MARCHA IRA | | | 0234 | $ 927.12 |
| EVERHART, MARCIA BENE IRA | | | 0334 | $ 430.27 |
| EVERIDGE, NANCY IRA | | | 0346 | $ 290.96 |
| GALLIMORE, ALAN (Bene IRA) | | | 0408 | $ 112.68 |
| GALLIMORE, GREGORY  (Bene IRA) | | | 0409 | $ 109.36 |
| GEORGE, LISA | | | 0498 | $ 765.53 |
| GIBBS, AUBREY IRA | | | 0161 | $ 27.95 |
| GISTER, GERALD IRA | | 0217 | | $ 197.26 |
| GOODFRIEND, REGINA | | | 0006 | $ 789.04 |
| GOODMAN, ROBERT IRA | | | 0016 | $ 5,753.42 |
| GORMAN, JAN  IRA | | | 0090 | $ 6,904.11 |
| GORMAN, JAN  SEP | | | 0091 | $ 1,190.96 |
| GORMAN, LINDA SEP | | | 0092 | $ 822.74 |
| GRAHAM, DONALD BENE IRA | | | 0750 | $ 394.77 |
| GRAVITTE, ALTON IRA | | | 0179 | $ 565.56 |
| GREENE, ELMER IRA | | | 0014 | $ 688.93 |
| GREENE, PATRICIA IRA | | | 0015 | $ 908.22 |
| GREGORY, BENNY IRA | | | 1982 | $ 2,377.32 |
| HALL, TIMOTHY | | | 2155 | $ 535.56 |
| HARKINS, BETTY IRA | | | 0833 | $ 1,269.38 |
| HARLAN, PATRICIA IRA | | | 0284 | $ 690.99 |
| HARLAN, WILLIAM IRA | | | 1327 | $ 575.34 |
| HARRIS, KAREN IRA | | | 0306 | $ 821.10 |
| HARRIS, RONALD IRA | | | 0465 | $ 1,903.64 |
| HATCHER, CLIFTON IRA | | | 0216 | $ 614.47 |
| HATFIELD, ROBERT IRA | | | 0079 | $ 7,230.84 |
| HAWKS, EDWIN IRA | | | 0026 | $ 532.60 |
| HAWKS, GILBERT IRA | | | 1149 | $ 493.15 |
| HAWKS, RONNIE IRA | | | 0027 | $ 525.62 |
| HAWKS, STEVEN M IRA | | | 0980 | $ 258.00 |
| HEAD, FRED (ROTH) | | | 0100 | $ 837.70 |

| Name | | | Acct | | Amount |
|---|---|---|---|---|---|
| HEAD, FRED IRA | | | 0099 | $ | 12,766.85 |
| HENDRICKS, DONALD IRA | | | 0196 | $ | 662.35 |
| HENS, BETH IRA | | | 0307 | $ | 457.64 |
| HERMAN, JEFFREY INHERITED IRA | | | 1567 | $ | 516.33 |
| HICKS, STEPHANIE IRA | | | 0238 | $ | 335.84 |
| HIGGINS, CHARLES IRA | | | 7127 | $ | 331.99 |
| HODGES, DORIS IRA | | | 0160 | $ | 493.15 |
| HOLLAND, LESTER IRA | | | 0326 | $ | 939.45 |
| HOLLAND, MARK IRA | | | 1997 | $ | 3,408.33 |
| HOLLMAN, MARYANN IRA | | | 0447 | $ | 442.36 |
| HOOPER (ROTH) | | | 0279 | $ | 6,589.74 |
| HOPPER, JEROME IRA | | | 1003 | $ | 3,300.74 |
| HOPPER, LORI IRA | | | 1004 | $ | 231.86 |
| HUMPHRIES, DEBRA  IRA | | | 0137 | $ | 726.08 |
| HUMPHRIES, PAUL D IRA | | | 0844 | $ | 795.62 |
| HUNTER, ROBERT IRA | | | 2017 | $ | 529.97 |
| INMAN, CHRISTOPHER IRA | | | 0178 | $ | 853.15 |
| JAMES, LOIS IRA | | | 0657 | $ | 205.15 |
| JESSEN, KATHLEEN IRA | | | 0256 | $ | 310.73 |
| JESSEN, LAWRENCE IRA | | | 0257 | $ | 310.73 |
| JESSUP, SHARON IRA | | | 0241 | $ | 272.22 |
| JONES, MICHAEL SIMPLE IRA | | | 0158 | $ | 2,561.84 |
| JONES, RONALD | | | 0940 | $ | 986.30 |
| JONES, TONI SIMPLE IRA | | | 0804 | $ | 312.08 |
| KARLSSON, LEIF | | | 6950 | $ | 1,005.53 |
| KARLSSON, ULLA | | | 0388 | $ | 679.56 |
| KASEMEIER, DOUG | | | 0307 | $ | 2,465.75 |
| KEARNEY, CYNTHIA IRA | | | 9960 | $ | 333.70 |
| KEARNEY, CYNTHIA ROTH | | | 6407 | $ | 63.29 |
| KEARNEY, JOHN | | | 0223 | $ | 6,514.52 |
| KEARNEY, JOHN ROTH | | | 6405 | $ | 598.36 |
| KELLY, ALLEN IRA | | | 0014 | $ | 5,000.00 |
| KEY, ARNOLD IRA | | | 0345 | $ | 309.70 |
| KLAMFOTH, KEN IRA | | | 0330 | $ | 1,064.63 |
| LANTER, BILLY IRA | | | 1312 | $ | 300.33 |
| LANTER, DEBORAH | | | 0803 | $ | 315.62 |
| LAWSON, LARRY | | | 1363 | $ | 641.10 |
| LINEBERRY, DOUGLAS IRA | | | 0951 | $ | 506.71 |
| LOIKA, JOHN IRA | | | 0304 | $ | 5,752.27 |
| LOMAX III, JOHN BENE IRA | | | 0332 | $ | 430.27 |
| LOMAX, JOHNNY IRA | | | 0362 | $ | 3,659.59 |
| LOVE, GRADY IRA | | | 1310 | $ | 464.55 |
| LOVE, MICHAEL IRA | | | 0258 | $ | 5,611.56 |
| LOVELESS, BILLY IRA | | | 0135 | $ | 2,219.18 |
| LYDEN, KATHLEEN | | | 5240 | $ | 1,737.53 |
| LYLE, EUGENE | | | 0086 | $ | 1,438.36 |
| LYND, JAMES IRA | | | 6377 | $ | 5,420.45 |

| Name | | Account | | Amount |
|---|---|---|---|---|
| LYONS, THOMAS IRA | | 0028 | $ | 1,113.41 |
| MADDEN, MICHAEL IRA | | 0057 | $ | 292.68 |
| MANUEL, RITA IRA | | 0106 | $ | 417.21 |
| MARTIN, LISA   IRA | | 0263 | $ | 710.14 |
| MCCRARY, ANITA IRA | | 0259 | $ | 3,889.32 |
| MILLER, GREG IRA | | 0931 | $ | 2,160.66 |
| MITCHELL, DORI IRA | | 1531 | $ | 255.02 |
| MITCHELL, STEPHEN IRA | | 1528 | $ | 5,753.42 |
| MITCHELL, STEPHEN ROTH | | 1529 | $ | 170.88 |
| MITCHELL, STEPHEN SEP | | 1530 | $ | 1,438.36 |
| MONTGOMERY, NELSON | | 0279 | $ | 826.03 |
| MURRAY, DONOVAN BENE IRA | | 0202 | $ | 1,183.56 |
| MURRAY, KIMBERLY BENE IRA | | 0234 | $ | 1,272.33 |
| MUSSER, KENNETH ROTH | | 0292 | $ | 3,275.87 |
| NATANSON, REBECCA J., IRA | | 0252 | $ | 314.96 |
| NEWNAM, CRAIG BENE IRA | | 1007 | $ | 186.16 |
| NORMAN, FRANCES IRA | | 0239 | $ | 242.63 |
| NORMAN, JOSEPH IRA | | 0238 | $ | 1,026.25 |
| OEHMAN, PHYLLIS IRA | | 1600 | $ | 687.62 |
| PEELE, JAMES TIM | | 0589 | $ | 190.36 |
| PEELE, MELISSA | | 0590 | $ | 105.04 |
| PENDRELL, BARBARA IRA | | 0162 | $ | 625.39 |
| PENDRELL, BARBARA ROTH | | 0163 | $ | 130.07 |
| PERMAR, VICTOR IRA | | 0441 | $ | 416.88 |
| PETTY, DAVID IRA | | 1334 | $ | 545.92 |
| PETZOLD, VOLKER IRA | | 0061 | $ | 1,333.18 |
| POOLE, MO  IRA | | 0226 | $ | 3,500.00 |
| PRESTON, STEPHEN IRA | | 0360 | $ | 158.30 |
| QUESINBERRY, FREDDY G, IRA | | 1269 | $ | 622.03 |
| REEDY, JOYCE IRA | | 0855 | $ | 804.90 |
| REEVES, DAVID  IRA | | 0107 | $ | 574.21 |
| REVLETT, MARY JO IRA | | 0283 | $ | 607.56 |
| REVO, PATSY IRA | | 0155 | $ | 275.67 |
| RICHARDSON, CYNTHIA | | 8002 | $ | 246.58 |
| ROBINSON, DON IRA | | 0260 | $ | 4,027.40 |
| ROBINSON, SAMUEL | | 0108 | $ | 597.95 |
| ROGERS, JAMESANNA IRA | | 0325 | $ | 1,466.88 |
| SCHMIDT, HOLLY BENE IRA | | 0350 | $ | 1,726.03 |
| SENIOR,MICHAEL | | 0258 | $ | 6,328.77 |
| SHIELDS, KEN IRA | | 0032 | $ | 528.78 |
| SHIELDS, LOIS IRA | | 0033 | $ | 421.40 |
| SHORE, TERRI BENE IRA (SINK) | | 0012 | $ | 408.49 |
| SIMPSON, BOBBY IRA | | 1524 | $ | 303.29 |
| SINK, DANNY BENE IRA (SINK) | | 0011 | $ | 365.92 |
| SIZEMORE, JOHN IRA | | 0344 | $ | 338.30 |
| SMITH, JOHN SEP IRA | | 0064 | $ | 182.47 |
| SMITH, REBECCA IRA | | 0309 | $ | 1,797.95 |

| Name | | | Acct | | Amount |
|---|---|---|---|---|---|
| SMITH, TRACEY IRA | | | 0058 | $ | 572.05 |
| SPARKS, EUGENE IRA | | | 0181 | $ | 1,756.03 |
| SPENCE, BRIAN   ROTH | | | 0084 | $ | 26.96 |
| SPENCE, BRIAN IRA | | | 0083 | $ | 778.01 |
| SPENCE, SCOTT IRA | | | 7140 | $ | 6,673.40 |
| STANBERRY, CYNTHIA | | | 0860 | $ | 273.70 |
| STEPHENS, KAREN IRA | | | 3716 | $ | 1,150.68 |
| STRAWBRIDGE, CHARLES IRA | | | 0140 | $ | 3,628.68 |
| STULL, DAVID IRA | | | 0153 | $ | 348.74 |
| SULLIVAN, FRANCIS IRA | | | 0134 | $ | 196.58 |
| SWAIN, BILLY IRA IRA | | | 2524 | $ | 453.21 |
| TAYLOR, ROGER IRA | | | 0197 | $ | 339.45 |
| TEAL, LYNN IRA | | | 0424 | $ | 190.36 |
| THOMAS, HERSCHEL IRA | | | 0152 | $ | 2,749.64 |
| THOMAS, PEGGY IRA | | | 2027 | $ | 340.27 |
| THORPE, MICHAEL IRA | | | 1281 | $ | 493.15 |
| TILLEY, JEFFREY INHERTITED IRA | | | 0919 | $ | 209.79 |
| TILLEY, RODNEY INHERITED IRA | | | 0920 | $ | 139.76 |
| TORBETT. LAURA IRA | | | 0017 | $ | 1,559.84 |
| TUCKER, JESSE IRA | | | 0156 | $ | 1,232.88 |
| TUDOR, NANCY IRA | | | 0095 | $ | 150.41 |
| TUDOR, TIMOTHY IRA | | | 0094 | $ | 454.69 |
| VANHOY PHYLLIS IRA | | | 0280 | $ | 517.32 |
| VAUGHN, PAUL IRA | | | 1628 | $ | 722.47 |
| VICK, RALPH | | | 0034 | $ | 1,035.62 |
| VINSON, CHARLES  IRA | | | 0266 | $ | 575.71 |
| WEAVER,  JAMES IRA | | | 0629 | $ | 504.49 |
| WEBB, IRENE IRA | | | 0154 | $ | 162.41 |
| WHISMAN, MARSHA IRA | | | 0187 | $ | 774.25 |
| WHITEHOUSE, JERRY IRA | | | 0198 | $ | 1,341.86 |
| WILLIAMS, CONSTANCE IRA | | | 0136 | $ | 310.68 |
| WILLOUGHBY ROTH | | | 0035 | $ | 489.04 |
| WILLOUGHBY, DELORES IRA | | | 9468 | $ | 1,186.69 |
| WILLOUGHBY, JERRY | | | 0034 | $ | 13,365.21 |
| WOODWORTH,   IRA | | | 0311 | $ | 107.65 |
| WORRELL, CHEERI IRA | | | 0307 | $ | 1,183.56 |
| WORRELL, ROBERT IRA | | | 6143 | $ | 903.66 |
| WRIGHT, HILDA IRA | | | 0181 | $ | 336.99 |

$   306,326.25

**Mayes, Joshua**

| | |
|---|---|
| **From:** | John Woods <johnwoods@mindspring.com> |
| **Sent:** | Monday, July 26, 2021 11:03 AM |
| **To:** | deposits@trustprovident.com |
| **Cc:** | Lindsay Mersino |
| **Subject:** | [EXTERNAL] July Interest NQ |
| **Attachments:** | Taxable July 2021 (1).xlsx |

CAUTION: **This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.**

Taxable accounts   $284,740.09

| NAME | Provident Account Number | INTEREST TO BE PAID |
|---|---|---|
| **Non IRA Accounts:** | | |
| ADAMS, ANNIE | 1633 | $ 583.89 |
| ARBUCKLE, ROGER | 0159 | $ 904.93 |
| ATKINS, FRANCES | 1375 | $ 103.56 |
| ATKINS, FRANCES ICA | 0687 | $ 271.23 |
| AYERS, PAUL | 1434 | $ 167.67 |
| BARRINGER, GRADY | 2805 | $ 863.01 |
| BELL, RAYMOND & SARAH | 0351 | $ 1,972.60 |
| BENNETT, LINDA | 5113 | $ 1,059.93 |
| BENNETT, RODNEY | 5135 | $ 241.64 |
| BERMANN, ROBERT REV TRUST | 5157 | $ 3,019.97 |
| BINGHAM, BARRY | 5250 | $ 1,242.74 |
| BIRELEY TRUST | 1191 | $ 4,602.74 |
| BLANTON, MICHAEL | 5252 | $ 1,117.80 |
| BLISS, EVELYN | 1683 | $ 1,071.62 |
| BOAZ, BILLY | 0630 | $ 316.44 |
| BOWLES, DORIS H. | 2201 | $ 984.82 |
| BOWLES, PATRICIA | 1622 | $ 244.11 |
| BROADAWAY, DORCAS | 0884 | $ 575.34 |
| BROWN, DEREK & AMANDA | 1673 | $ 1,093.32 |
| BROWN-HICKS, KRISTAL | 0344 | $ 493.15 |
| BRYANT, DONALD AND GINA | 0354 | $ 225.86 |
| BRYANT, KATHERINE | 0004 | $ 575.34 |
| BRYANT, NATHANIEL & SALLIE | 0003 | $ 287.67 |
| BURCH, ROY DON | 1167 | $ 464.38 |
| BURGNER TRUST | 0358 | $ 1,083.08 |
| BURWELL, KEITH | 1122 | $ 1,701.37 |
| BURWELL, KENT | 0350 | $ 102.74 |
| BURWELL, KIM | 0351 | $ 102.74 |
| BURWELL, MYCLETA | 1121 | $ 1,244.89 |
| CALLAWAY, WESLEY | 5139 | $ 944.52 |
| CANNOY, DONALD | 2090 | $ 557.26 |
| CANNOY, LARRY & LINDA | 1409 | $ 2,679.45 |
| CARSON, JOHN | 1955 | $ 3,823.73 |
| CHANEY, ARTHUR | 1326 | $ 1,479.45 |
| CHANEY, PANSY | 1079 | $ 986.30 |
| CLARY, DAWN | 1437 | $ 1,273.97 |
| COATTA, DAVID | 1275 | $ 493.15 |
| COVINGTON, JAMES | 2093 | $ 1,972.60 |
| CRAIG, MICHAEL & BRENDA | 0701 | $ 661.64 |
| CRISSMAN, RIANN | 0001 | $ 414.25 |
| CRITES, JOSEPH | 5246 | $ 143.84 |
| CRUISE, DARREN | 0002 | $ 1,150.68 |

| Name | ID | Amount |
|------|------|------------|
| DAILEY, BEVERLY | 5106 | $ 404.66 |
| DANLEY, RUSSELL & BARBARA | 0967 | $ 743.84 |
| DANNA, NANCY E | 1649 | $ 724.35 |
| DAVIDSON, NINA | 1410 | $ 493.15 |
| DEBORD, NATHAN & HENEDINA | 1198 | $ 225.86 |
| DEL PICO, ELIZABETH OSHER | 5224 | $ 8,054.79 |
| DEL PICO, MARK | 5231 | $ 2,402.63 |
| DHESI, HARJIT & PAMELA | 1674 | $ 1,150.68 |
| DISOSWAY, JOHN & MAJANI, SYLVIA | 5191 | $ 1,438.36 |
| DOCKERY, GENEVA & RON JT | 1730 | $ 912.33 |
| DOUGLAS TRUST | 1299 | $ 3,613.48 |
| DRAPER, MARILYN R. | 2323 | $ 48.29 |
| DUKES, VERLINDA | 0816 | $ 490.68 |
| EARLE, BETTY LOU | 5238 | $ 246.58 |
| EARLE, VICKI | 85127 | $ 447.23 |
| EAVES, CHARLES | 0394 | $ 575.34 |
| EDWARDS, CAROLYN | 0631 | $ 368.22 |
| EEO TRT  of 2007 | 5229 | $ 10,931.51 |
| ESSIC,JAMES JR | 1274 | $ 500.06 |
| EVERHART, MARCIA | 0335 | $ 857.51 |
| FARMER, ALEXANDRA | 1351 | $ 772.19 |
| FERGUSON TRUST | 1127 | $ 951.70 |
| FINLEY, PAULA | 0320 | $ 628.77 |
| FISCHER, RAYMOND & SUSANNE | 0219 | $ 284.79 |
| FLORIDA HOMESTEAD TRUST (FRANKLIN) | 0165 | $ 4,347.37 |
| FOX,  BRENDA & GLEN JT | 1700 | $ 379.73 |
| FRANKLIN, MARTHA | 1172 | $ 2,712.33 |
| GACH, PAUL & LISA | 1423 | $ 4,378.44 |
| GAGE, RICHMOND JT | 0006 | $ 1,060.27 |
| GATES-HODGES, SHARON | 0601 | $ 145.48 |
| GIBBS, AUBREY | 0621 | $ 1,965.28 |
| GIBSON, CHARLENE | 0011 | $ 510.58 |
| GINN HOPKINS TRUST | 1285 | $ 4,487.67 |
| GOAD, DAVID | 0437 | $ 431.51 |
| GOINS, PAMELA | 1283 | $ 812.47 |
| GORDON, AMY | 0520 | $ 571.07 |
| GRAHAM, DONALD | 1352 | $ 1,479.45 |
| GRAVITTE, ALTON | 0180 | $ 1,150.68 |
| GREENVILLE CEMETARY (M ROLL) | 0867 | $ 245.34 |
| GREGORY, BENNY & SUSAN | 0312 | $ 227.26 |
| GST (Franklin Trust #2) | 0198 | $ 4,435.89 |
| HALEY, BOBBY & LORETTA JTWROS | 0858 | $ 246.58 |
| HALL, MICHAEL | 0328 | $ 2,301.37 |
| HARRIS, RONALD | 1726 | $ 325.51 |
| HAWKS, STEVEN M | 0925 | $ 1,900.48 |
| HEAD, FRED | 5140 | $ 1,112.71 |
| HERMAN, JAN | 5192 | $ 1,145.40 |

| Name | Acct | | Amount |
|---|---|---|---|
| HERMAN, JEFFREY | 5193 | $ | 1,145.40 |
| HILL, BEN AND CYNTHIA | 0198 | $ | 253.97 |
| HILL, ROY & SHIRLEY | 1007 | $ | 246.58 |
| HODGES, DENNIS JTWROS | 1597 | $ | 345.21 |
| HOFF, BETTY | 0519 | $ | 1,438.36 |
| HOLLAND MERIAL | 1262 | $ | 1,593.21 |
| HOLLAND, JOHN & JUDITH | 1724 | $ | 542.47 |
| HOLLMAN, JUNE | 1440 | $ | 1,654.40 |
| HOLLMAN, MARY ANN | 1793 | $ | 895.89 |
| HOOPER, JEREMY | 01621 | $ | 123.29 |
| HOOPER, VICTOR | 5233 | $ | 986.30 |
| HOOVER,  CLYDE & RUTH | 2038 | $ | 493.15 |
| HOPKINS, CALLIE | 1774 | $ | 1,099.32 |
| HORN, RONALD Trust | 1239 | $ | 2,086.07 |
| HOVENCAMP, JOHAN | 0406 | $ | 284.79 |
| HOWERTON, RUTH | 1611 | $ | 1,109.59 |
| HUGHES, KENNETH | 0903 | $ | 122.05 |
| HUMPHREYS, WILLIAM | 1058 | $ | 419.18 |
| HUMPHRIES, PAUL & DEBRA | 1714 | $ | 739.73 |
| HUTSON TRUST | 2002 | $ | 2,313.70 |
| HUTSON, VIVIAN | 1964 | $ | 369.86 |
| IRENE WEBB REV TRUST | 5112 | $ | 1,049.78 |
| ISOM, EARNEST L. | 1025 | $ | 394.52 |
| JAMES, LOIS | 0656 | $ | 244.11 |
| JESSEN, KATHLEEN | 0033 | $ | 484.28 |
| JESSEN, LAWRENCE | 0034 | $ | 281.88 |
| JOHN LOMAX REV TRT | 0333 | $ | 857.51 |
| KEARNEY, JOHN & CYNTHIA | 5242 | $ | 235.89 |
| KELLY VICTORIA HOOPER | 5156 | $ | 986.30 |
| KELLY, CARL ALLEN | 5138 | $ | 1,847.30 |
| KEY, LINDA | 0633 | $ | 493.15 |
| KING, WARREN | 0230 | $ | 575.34 |
| KISH, STEVEN & MARYELLEN | 1417 | $ | 2,319.44 |
| KISH, STEVEN JR | 1243 | $ | 96.16 |
| KLAMFOTH, KEN JTWROS | 1605 | $ | 3,776.79 |
| KLEIN,RENEE | 0401 | $ | 457.40 |
| LAMBE, MELVIN & JULIA | 1701 | $ | 1,972.60 |
| LANCZKI, JOHN L | 1650 | $ | 977.47 |
| LANCZKI, RAY | 1651 | $ | 977.47 |
| LAWSON, JOEL AND GALE | 0175 | $ | 369.86 |
| LIBBY, NANCY | 1438 | $ | 2,233.48 |
| LINEBERRY, DOUGLAS | 1313 | $ | 986.30 |
| LITTLE, JUNE | 1897 | $ | 1,000.00 |
| LLOYD,MARIE | 5119 | $ | 438.57 |
| LOVE, GRADY & VIRGINIA | 1017 | $ | 693.62 |
| LOVE, MICHAEL & BESSIE | 1137 | $ | 575.34 |
| LOVE, MONDELL | 0174 | $ | 493.15 |

| Name | Account | Amount |
|------|---------|--------|
| MAJANI, SYLVIA | 5120 | $ 1,738.36 |
| MARTIN, CARROLL | 1311 | $ 789.04 |
| MARTIN, MARCIA | 0573 | $ 287.67 |
| MCCAY, FREIDA | 0017 | $ 197.26 |
| MCKINNEY, ROGER | 0625 | $ 1,758.90 |
| MENDENHALL, RANDY | 0045 | $ 246.58 |
| MILLER, GREGORY | 1585 | $ 764.38 |
| MITCHELL, STEVEN & DORI | 5124 | $ 1,648.36 |
| MOELLER, ANNE | 5099 | $ 3,912.33 |
| MONNETT, JERRY & KARON | 0510 | $ 632.88 |
| MOORE, DOLLY | 0648 | $ 287.67 |
| MOOREFIELD, TERRY & BELINDA | 1529 | $ 821.10 |
| MURRAY, JR., LEONARD J | 1648 | $ 724.35 |
| MUSSER, KENNETH (BUD) | 5134 | $ 3,897.21 |
| PADDEN, SHARRON | 0384 | $ 2,876.71 |
| PADDEN, TIM | 1041 | $ 1,166.51 |
| PALMER, FOREST & BARBARA | 1579 | $ 394.52 |
| PAULA HOLLAND TRUST | 5102 | $ 3,324.99 |
| PEELE, JAMES & MELISSA | 0316 | $ 493.15 |
| PENDERGRASS, CONNIE | 0284 | $ 978.08 |
| PERKINS, JOHN & JEANNE | 3019 | $ 246.58 |
| PINNIX, KAREN | 1429 | $ 246.58 |
| POOLE, MO | 1808 | $ 1,500.00 |
| POSEY, SANDRA | 0040 | $ 251.51 |
| PRUETT FAMILY TRUST | 1297 | $ 1,158.26 |
| PRUETT PERSONAL TRUST | 1296 | $ 4,078.36 |
| RAINEY TRT | 0384 | $ 4,602.74 |
| REEDY, JOYCE | 0109 | $ 541.48 |
| RENEGER, CATRINA AND RONNIE | 0187 | $ 517.81 |
| RENEGER, VICKIE S. | 0372 | $ 457.15 |
| ROACH, JUDITH | 1983 | $ 986.30 |
| ROBARDS, JAMES M. | 0861 | $ 613.97 |
| ROBERTS, AMY | 0068 | $ 534.25 |
| ROBINSON, SAMUEL | 0201 | $ 244.11 |
| ROGERS, JAMESANNA | 1610 | $ 1,776.81 |
| ROMPF, WILLIAM | 5211 | $ 986.30 |
| ROSE, JULIA P. | 1184 | $ 1,331.51 |
| ROYSTER, ELAINE | 1183 | $ 367.40 |
| SARGENT, TERA & JOHN | 0184 | $ 575.34 |
| SAWYERS, DANNY JTWROS | 1603 | $ 1,025.51 |
| SCHROEDER, KENDHAL IRREV TRUST | 0112 | $ 739.73 |
| SCOTT, JOSEPH F JR. | 0633 | $ 793.43 |
| SHELTON, MAYNARD | 0999 | $ 486.58 |
| SHIELDS, KEN & LOIS | 1143 | $ 345.21 |
| SIMPSON, BOBBY * LOIS JO | 1303 | $ 1,286.56 |
| SLATE, ELIZABETH AND DAVIDSON, LILA | 0352 | $ 199.73 |
| SLATE, REX | 0413 | $ 147.95 |

| Name | | | ID | Amount |
|------|---|---|------|--------|
| SMITH, REBECCA | | | 1752 | $ 476.11 |
| SMITH, STEVEN & ROBIN | | | 0804 | $ 2,464.85 |
| SNOW, JORDAN | | | 0323 | $ 498.08 |
| SNOW, PAMELA | | | 0029 | $ 4,024.11 |
| SNOW, TERRY | | | 0030 | $ 3,728.22 |
| STANBERRY, LEONANNIE | | | 0666 | $ 369.86 |
| STARLING, JIMMY & MARY B | | | 1210 | $ 147.95 |
| SURREY LANE PARTNERS | | | 05230 | $ 28,767.12 |
| SYKES, GARRY & JUDITH | | | 5245 | $ 1,150.68 |
| TANEN, Diane | | | 5115 | $ 366.94 |
| TAPP,  Rebecca | | | 5225 | $ 863.01 |
| TAYLOR, ROGER | | | 0698 | $ 218.84 |
| TEAL, LYNN | | | 0427 | $ 261.37 |
| Terry, Lloyd &  Laura | | | 1223 | $ 532.77 |
| Thomas & Beverly Crampton Trust | | | 5096 | $ 1,380.82 |
| THOMAS, PEGGIE | | | 0519 | $ 1,192.93 |
| TILLEY, RODNEY | | | 1344 | $ 493.15 |
| TILLEY, SUSAN TOD | | | 0003 | $ 468.49 |
| TORBETT, LAURA | | | 1372 | $ 708.16 |
| VADEN, DALE | | | 0356 | $ 558.90 |
| VARNER, HARVEY | | | 1704 | $ 493.15 |
| VARNER, THERESA | | | 1703 | $ 246.58 |
| VICTOR J. HOOPER IRR TR FBO | | | 5121 | $ 1,563.58 |
| VOGLER, BRENDA | | | 1609 | $ 419.18 |
| VOGLER, DANNY JOE | | | 0396 | $ 2,870.30 |
| VOGLER, VARNER A. | | | 0654 | $ 937.89 |
| WALLACE, JOHNSIE | | | 0004 | $ 390.41 |
| WATSON, BRENT & KRISTY | | | 0876 | $ 402.74 |
| WATSON, CHARLES SR. | | | 0161 | $ 591.78 |
| WATSON, JOYCE | | | 1169 | $ 2,506.85 |
| Westerfield, KEITH | | | 1119 | $ 838.36 |
| WILLIAM ADAMS TRUST | | | 1634 | $ 1,570.02 |
| WILLIAMS, JOHN | | | 1238 | $ 493.15 |
| WILLIAMS, JOHN S. & BARBARA U. | | | 0226 | $ 1,273.97 |
| WILSON, HUBERT | | | 0339 | $ 883.56 |
| WOODWORTH, JOANN | | | 5104 | $ 412.60 |
| WRIGHT, HILDA  JOINT | | | 1738 | $ 2,018.47 |
| WRIGHT, LISA | | | 0937 | $ 2,197.97 |
| YOUNG, REBECCA | | | 0234 | $ 2,956.44 |
| **Total NON IRA ACCOUNTS** | | | | $ 284,740.09 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |