## **DECLARATION OF DAVID GOAD**

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is David Goad. I am over twenty-one years of age and have personal knowledge of the matters set forth in this declaration. I am a resident of North Carolina.

2.      I am a client of Southport Capital, and I invested through Southport in Horizon Private Equity III ("Horizon"). Specifically, in approximately August 2020, I invested $75,000 in Horizon. The funds I invested are a portion of my retirement savings.

3.      I learned about the Horizon investment from my investment adviser, Penny Flippen, who works for Southport.

4.      Ms. Flippen told me that my investment in Horizon would return 7%, paid monthly. I was also told that the returns were guaranteed for three years.

5.      Based on my discussions with Ms. Flippen, my understanding was that Horizon would invest my money in stocks and pay my returns from the profits they made on the stock investments.

6.      I funded the investment by closing out a certificate of deposit and wiring the funds to Provident Trust, which then sent the money on to Horizon.

7.      I was not told that my investment money would or could be used by Horizon to make interest payments to earlier investors. I also was not told that my investment money would or could be used by Horizon to pay back principal to earlier investors.

8.      I was not given any written risk disclosures or other documents fully describing the terms of my investment in Horizon. I do not believe that I ever received a private placement

memorandum or other disclosure booklet related to the investment. I have, however, received quarterly statements since the investment. I do not currently have access to any other documents related to our Horizon investment.

9. My quarterly interest payments have been deposited directly into my checking account since I made the investment in Horizon. I was never told that I would or could be paid interest out of other people's new investments rather than from profits.

10. I was not told about any fees or costs related to my Horizon investment, aside from $500 that I paid up front to Provident Trust.

DAVID GOAD

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 4th day of August, 2021.