# Exhibit F

**Horizon Private Equity III, LLC**
**Current Assets as of 8/23/21**

| ASSET | PROJECT/INVESTMENT DESCRIPTION & LOCATION | STATEMENT OR ESTIMATED VALUE[1] | LOW END OF PROJECTED VALUE RANGE | HIGH END OF PROJECTED VALUE RANGE |
|---|---|---|---|---|
| Athletafied | 25% interest in RecruitU d/b/a Atletafied, a sports data-collection company | ███ | | |
| Battlefield Parkway Partners LLC | 50% interest in strip center property in Chattanooga, TN that is in development | ███ | | |
| BI Development II LLC | 70% interest in property development in Chattanooga, TN (former Sears store leased to Petco) | | ███ | ███ |
| BI Development III LLC | 70% interest in property development in Chattanooga, TN (former Logan's Restaurant in process of seeking lessees) | ███ | | |
| BI Development LLC | 70% interest in property development in Chattanooga, TN (former JC Penny store being converted to 300-until multi-family housing) | ███ | | |
| BWHC LLC | 50% interest in property adjacent to Hamilton County landfill property, being rezoned/converted to increase the size of the landfill | | ███ | ███ |
| Chattanooga Professional Baseball, LLC | 20.12% interest in Chattanooga Lookouts minor leaague baseball team | | ███ | ███ |
| Croft & Bender Fund | Investment in Nashville, TN-based Private Equity Fund | ███ | | |
| East Brainerd Partners LLC | 50% interest in strip center in Chattanooga, TN leased to a Starbucks, co-owned by developer Clint Wolford | ███ | | |

**Horizon Private Equity III, LLC**
**Current Assets as of 8/23/21**

| ASSET | PROJECT/INVESTMENT DESCRIPTION & LOCATION | STATEMENT OR ESTIMATED VALUE[1] | LOW END OF PROJECTED VALUE RANGE | HIGH END OF PROJECTED VALUE RANGE |
|---|---|---|---|---|
| EBES Partners LLC | 50% interest in propertyy rezoned and being used to develop 300-unit multi-family apartment complex in Chattanooga, TN, co-owned by developer Clint Wolford | | ■ | ■ |
| Hardwood LLC | 50% interest in an Atlanta, GA-based LLC co-owned by NFL agent Hadley Engelhard, that has a 25% interest in RecruitU d/b/a Atletafied, a sports data-collection company | ■ | | |
| Highway 153 Partners LLC | 50% interest in developed poperty in Chattanooga, TN that is being leased to a Starbucks | ■ | | |
| Iberia Bank | Cash held in bank account | ■ | | |
| Lakewood Ranch Risk Management LLC | 60% investment in Florida-based insurance agency | | ■ | ■ |
| Lamp Post Dynamo Fund | Investment in Nashville, TN-based Private Equity Fund | ■ | | |
| Landfill Hamilton County | 30% interest in an operating landfill on 35 acres in Hamilton County, TN | ■ | | |
| Livingston Group d/b/a Southport Capital | 66% interest in Southport Capital | | ■ | ■ |
| MVP Studios | 50% interest in Atlanta, GA film studio filming "Stranger Things" | ■ | | |
| Office Building, Greenville, KY | 100% interest in an office building in Greenville, KY that has been leased | ■ | | |
| Office Building, Vinings, GA | 100% interest in an office building in Vinings, GA that has been leased | ■ | | |
| Prepstar LLC | Investment in Los Angeles, CA-based football magazine | ■ | | |

**Horizon Private Equity III, LLC**
**Current Assets as of 8/23/21**

| ASSET | PROJECT/INVESTMENT DESCRIPTION & LOCATION | STATEMENT OR ESTIMATED VALUE[1] | LOW END OF PROJECTED VALUE RANGE | HIGH END OF PROJECTED VALUE RANGE |
|---|---|---|---|---|
| ProNvest/SigniX LLC | Interest in ProNvest (a 401(k) company) and SigniX (a Docusign competitor), two companies that have combined into a single entity | ▮ | | |
| Relevance Fund | Investment in Nashville, TN-based Private Equity Fund | ▮ | | |
| The Shops of Valley Brook LLC | 50% interest in a property development in Chattanooga, TN that includes a 25-year ground lease to a Jacks Hamburger restaurant | | ▮ | ▮ |
| Skupos | Investment in San Francisco, CA-based start-up company | ▮ | | |
| Stord | Investment in Atlanta, GA-based moving company | ▮ | | |
| TD Ameritrade | Cash held in bank account | ▮ | | |
| WW Partners LLC | 50% interest in site of former Ruby Tuesday's restaurant in Chattanooga, TN that has signed 25-year ground lease with Applebee's and is being converted | ▮ | | |
| | | ▮ | ▮ | ▮ |
| 1. Valuations and projected valuations for projects and private companies can be subjective and are based on good faith estimates, but have not been subject to thorough analysis and do not reflect the impact that the SEC's case has on these values | | | | |

**Horizon Private Equity III, LLC**
**Current Assets as of 8/23/21**

| ASSET | PROJECT/INVESTMENT DESCRIPTION & LOCATION | STATEMENT OR ESTIMATED VALUE[1] | LOW END OF PROJECTED VALUE RANGE | HIGH END OF PROJECTED VALUE RANGE |
|---|---|---|---|---|
| 2. The low end value of Southport is based on the current offer, not including the acquisitions in process, which would adjust the closing price | | | | |