# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03413-SDG
### Securities and Exchange Commission v. Woods et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 08/24/2021.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 3:45 P.M.        COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:40                             DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Chaiken representing Horizon Private Equity, III, LLC<br>David Chaiken representing John J. Woods<br>Stephen Councill representing John J. Woods<br>Gerald Kline representing Livingston Group Asset Management Company<br>Joshua Mayes representing Securities and Exchange Commission<br>Harry Roback representing Securities and Exchange Commission |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for TRO GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Hearing held on Plaintiff SEC's Motion for Temporary Restraining Order [ECF 2]. The Court GRANTED IN PART and DENIED IN PART the SEC's motion. The motion for temporary restraining order as to Defendants John J. Woods and Horizon Private Equity, III, LLC (Horizon) is GRANTED. The motion for temporary restraining order as to Defendant Livingston Group Asset Management Company d/b/a Southport Capital (Southport) is DENIED WITHOUT PREJUDICE. The Court GRANTED the appointment of a receiver as to Defendant Horizon and with respect to the following assets owned by Defendant Woods: Chattanooga Professional Baseball, LLC, Lakewood Ranch Risk Management, LLC, and Livingston Group d/b/a Southport Capital. The Court GRANTED an asset freeze as to Defendants Horizon and Woods, with allowance provided for Defendant Woods to engage in routine financial transactions. The Court GRANTED an accounting as to Defendants Horizon and Woods. The Court GRANTED the SEC's request |

for expedited discovery as to all Defendants and ORDERS that all Defendants are prohibited from destroying or concealing any documents related to this action. Plaintiff's counsel is ordered to prepare and submit to the Court, after conferring with Defendants' counsel, a proposed order by close of business on August 27, 2021. The proposed order should be submitted via email to Chambers.

HEARING STATUS:    Hearing Concluded