UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN J. WOODS *et al.*<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-03413-SDG |

## **ORDER**

This matter is before the Court on Defendants John J. Woods and Horizon Private Equity III, LLC's Motion for Extension of Time to Submit a Proposed Order.

There being no opposition to the Motion, and for good cause shown, Defendants' Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. The deadline for the submission to the Court of a proposed order respecting the restraint of Mr. Woods's and Horizon's assets and expedited discovery is extended to the close of business on Monday, August 30, 2021;

2. The deadline for the submission to the Court of a proposed order respecting the appointment of a receiver and a receivership over Horizon is extended to

the close of business on Tuesday, August 31, 2021; and

3. The Court's oral order of August 24, 2021 respecting the restraint of assets shall remain in effect during the interim.

SO ORDERED, this 27th day of August, 2021.

                                                                                                                    STEVEN D. GRIMBERG
                                                                                                                    UNITED STATES DISTRICT JUDGE