# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### (ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. WOODS, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-3413 (SDG) |

## PLAINTIFF'S NOTICE OF RECEIVERSHIP RECOMMENDATION

Pursuant to the Court's oral ruling granting in part the Plaintiff's Motion for a Temporary Restraining Order and Other Emergency Relief, the Securities and Exchange Commission ("Commission") files this notice recommending A. Cotten Wright of the law firm Grier Wright and Martinez to serve as receiver in this matter. In conjunction with filing its motion seeking the appointment of a receiver, counsel for the Commission solicited applications from three candidates to serve as a receiver were the Court to grant the Commission's motion. Based on Ms. Wright's prior experience as a receiver and her fee proposal, the Commission's receivership committee selected Ms. Wright as the Commission's recommended candidate for receiver. For this reason, the Commission recommends that the Court appoint Ms.

Wright as a receiver in this matter and grant her the powers and responsibilities as set forth in its proposed order.

Dated:  August 31, 2021                    Respectfully submitted,

                                           /s/ Joshua A. Mayes
                                           M. Graham Loomis (GA Bar No. 457868)
                                           Joshua A. Mayes (GA Bar No. 143107)
                                           Harry B. Roback (GA Bar No. 706790)
                                           U.S. Securities and Exchange Commission
                                           950 East Paces Ferry Road, NE, Suite 900
                                           Atlanta, GA 30326
                                           Tel: (404) 942-0690
                                           Facsimile:  (404) 842-7679
                                           RobackH@sec.gov

                                           Attorneys for Plaintiff

## **CERTIFICATION OF COMPLIANCE**

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

/s/ Harry B. Roback
Harry B. Roback

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 31, 2021 I caused a copy of the foregoing Plaintiff's Notice of Receivership Recommendation to be served on counsel of record by using the Court's ECF system.

/s/ Joshua A. Mayes
Joshua A. Mayes