# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.:<br>) 1:21-CV-03413-SDG |
| v. | )<br>) |
| JOHN J. WOODS *et al.* | )<br>) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted, this 2nd day of September, 2021.

>   */s/ David M. Chaiken*
> David M. Chaiken
> Georgia Bar No. 118618
> CHAIKENLAW LTD.
> One Atlantic Center
> 1201 W. Peachtree Street, Suite 2300
> Atlanta, Georgia 30309
> (404) 795-5005 (Phone)
> (404) 581-5005 (Facsimile)
> david@chaiken.law

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record:

Stephen D. Councill
COUNCILL, GUNNEMANN &
CHALLY, LLC
1201 Peachtree Street, NE
Building 400, Suite 100
Atlanta, Georgia 30361-3507

*Counsel for Defendant John J. Woods*

Gerald B. Kline
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

*Counsel for Defendant Southport Capital*

Harry B. Roback
Joshua A. Mayes
M. Graham Loomis
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326

*Counsel for Plaintiff*

This 2nd day of September, 2021.

/s/ *David M. Chaiken*
David M. Chaiken
Georgia Bar No. 118618
david@chaiken.law