# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>)<br>Plaintiff,                                                       )<br>)<br>v.                                                                   )<br>)<br>JOHN J. WOODS; LIVINGSTON GROUP ASSEST MANAGEMENT COMPANY d/b/a SOUTHPORT CAPITAL; AND HORIZON PRIVATE EQUITY, III, LLC,  )<br>)<br>)<br>)<br>)<br>)<br>Defendants.                                                )  | CIVIL ACTION FILE<br>NO. 1:21-CV-03413-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted, this 2nd day of September, 2021.

*/s/ Gerald B. Kline*
Gerald B. Kline, Esq.
Georgia Bar No. 425175
gkline@taylorenglish.com

02117674-1

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 (telephone)
(770) 434-7376 (facsimile)

*Attorney for Defendant Livingston Group Asset Management Company d/b/a Southport Capital*

02117674-1