# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>                v.<br><br>JOHN J. WOODS, ET AL.,<br>    Defendants. | Civil Action No.<br>1:21-cv-3413-SDG |

## SCHEDULING ORDER

After reviewing the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED** this the 20th day of December 2021.

Steven D. Grimberg
United States District Court Judge