IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOHN J. WOODS, et al.,**<br><br>**Defendants.** | Civil Action No.<br>1:21-cv-3413-SDG |

## ORDER

This matter came before the Court on the *Consent Motion for Extension of Time to Complete Initial Accounting* (the "Motion") filed by A. Cotten Wright, the receiver in this case (the "Receiver"), through counsel. In the Motion, the Receiver requested an extension of 60 days, to through and including April 29, 2022, for the completion and submission of the Initial Accounting required by the *Order Appointing Receiver* entered on September 1, 2021 (Doc. No. 26, pg. 27).

Given that the SEC consents to the requested relief, and for good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Receiver and her accountant shall have through and including April 29, 2022 to complete and submit the Initial Accounting required by the *Order Appointing Receiver*.

IT IS SO ORDERED, this 28th day of February, 2022.

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE