UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: ) 1:21-CV-03413-SDG |
| v. | ) ) |
| JOHN J. WOODS *et al.* | ) ) |
| Defendants. | |

## ORDER

This matter is before the Court on Defendant John J. Woods's Consent Motion to Extend Preliminary Injunction Order. Given that Plaintiff and the Receiver appointed in this matter consent to the requested relief, and for good cause shown, Defendant's Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

The monthly restrictions on the payment of legal fees and personal expenses by Mr. Woods set forth in Section I.B. of the Court's September 1, 2021 Preliminary Injunction Order (Doc. 25), as modified and clarified by the Court's Order of December 3, 2021 (Doc. 110), are extended for an additional sixty (60) days, through and including May 2, 2022.

Without further approval of the Court, Mr. Woods is permitted to withdraw and transfer up to $70,000 from his TDA Ameritrade Rollover IRA Account No. 8349 to his Synovus checking account, either in a single lump-sum or in installments, to fund legal and personal expenses as set forth in the Preliminary Injunction Order and the December 3, 2021 order.

The parties remain free to petition the Court to modify these terms or the Preliminary Injunction Order in the future due to changed facts or circumstances.

SO ORDERED, this 28th day of February, 2022.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT COURT JUDGE