IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHN J. WOODS, et al.,<br><br>**Defendants.** | Civil Action No.<br>1:21-cv-3413-SDG |

### FIFTH APPLICATION FOR COMPENSATION TO RAGSDALE, BEALS, SEIGLER, PATTERSON, & GRAY, LLP, <u>LOCAL COUNSEL TO THE RECEIVER</u>

A. Cotten Wright, the duly-appointed receiver (the "Receiver") for Horizon Private Equity, III, LLC ("Horizon") and certain assets of John J. Woods ("Woods") in the above-captioned civil action (this "Case"), hereby submits this *Fifth Application for Compensation for Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Local Counsel for the Receiver*, for the period of July 1, 2022 through September 30, 2022 (the "Application Period"), and respectfully represents as follows:

1. On August 20, 2021, the U.S. Securities and Exchange Commission (the "Plaintiff") filed a *Complaint* (Doc. No. 1) against Woods, Horizon, and Livingston Group Asset Management Company alleging violations of the Securities Act of 1933, the Securities and Exchange Act of 1934, the Investment

1

Advisers Act of 1940, and various regulations promulgated thereunder, thereby initiating this Case. On September 1, 2021, the Court entered its *Order Appointing Receiver* (the "Receivership Order"), pursuant to which the Receiver was appointed to perform certain duties as set forth in that Order. (Doc. No. 26).[1]

2. Pursuant to the Receivership Order, the Receiver is authorized to retain professionals, including attorneys, to assist in carrying out her duties as Receiver. (Doc. No. 26, pg. 6). This Court's Local Civil Rules require an attorney who appears *pro hac vice* to designate local counsel who maintain an office in this District and are in good standing with the bar of this Court and the State Bar of Georgia. (Local Civil Rules, pg. CV-77).

3. On September 10, 2021, the Court entered an Order authorizing the Receiver to employ Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("Ragsdale") as local counsel for the Receiver and the Receivership estate.

4. Attached hereto as **Exhibit A** is documentation itemizing the fees and expenses incurred by Ragsdale in connection with its representation of the Receiver during the Application Period. The Receiver contends that Ragsdale has spent the following time in performing the services referred to herein as local counsel for the Receiver, and she is informed and believes that Ragsdale's services

---

[1] The Receivership Order was amended on September 9, 2021 to correct certain typographical errors. (Doc. No. 53).

rendered are reasonably worth the sum as set forth below, and that Ragsdale should be allowed and paid said sum as fees and as a cost of this estate:

| Professional | Hours | Rate | Total |
|---|---|---|---|
| W. Russell Patterson, Jr. | 5.3 | $390 | $2,067.00 |
| Lisa Boardman Burnette | 7.8 | $265 | $2,067.00 |
| Total: | 10.4 | | **$4,134.00** |
| Expenses | | | $6.40 |
| **Total Fees & Expenses:** | | | **$4,140.40** |

5.　The Receiver respectfully submits that the services for which Ragsdale seeks compensation were necessary for, and beneficial to, the orderly administration of the Receivership Estate.

WHEREFORE, the Receiver prays that the Court will enter an Order allowing compensation of **$4,134.00** and reimbursement of expenses of **$6.40** to Ragsdale as local counsel for the Receiver; authorizing the payment of any allowed fees and expenses from the funds of the Receivership estate in accordance with the SEC Guidelines and Billing Instructions; and granting such further relief as is just and proper.

Dated this 19th day of October, 2022.

/s/ A. Cotten Wright
A. Cotten Wright (State Bar No. 28162)
Grier Wright Martinez, PA
521 E. Morehead St., Ste. 440
Charlotte, NC 28202
Phone:  704.375.3720
Fax:   704.332.0215
cwright@grierlaw.com

*Attorneys for the Receiver*

/s/ W. Russell Patterson, Jr.
W. Russell Patterson, Jr. Georgia Bar No. 566920
Ragsdale Beals Seigler Patterson & Gray, LLP
229 Peachtree St., NE, Suite 2400
Atlanta, GA 30303-1629
(404) 588-0500
wrpjr@rbspg.com
*Attorneys for the Receiver*

Exhibit A – Summary of Prior Fee Applications
Exhibit B – Ragsdale Invoice for Application Period
Exhibit C – Receiver's Certification

Exhibit A – Summary of Prior Fee Applications

| Document | Interim Fee Application Date and Doc. No. | Period Covered | Fees Requested/Allowed | Expenses Requested/ Allowed | Order Approving Interim Application |
|---|---|---|---|---|---|
| 1st Interim | 11/03/2021 Doc. No. 93 | 8/18/2021 – 9/30/2021 | $1,847.00 | $343.62 | Doc. No. 103 12/2/2021 |
| 2nd Interim | 1/20/2022 Doc. No. 134 | 10/1/2021- 12/31/2021 | $2,698.00 | $42.10 | Doc. No. 155 2/14/2022 |
| 3rd Interim | 4/22/2022 Doc. No. 191 | 1/1/2022- 3/31/2022 | $3,123.50 | $53.00 | Doc. No. 209 5/13/2022 |
| 4th Interim | 7/25/2022 Doc. No. 245 | 4/1/2022- 6/30/2022 | $3,143.50 | $8.55 | Doc. No. 271 8/18/2022 |

Exhibit B – Ragsdale's Invoice for Application Period

Ragsdale, Beals, Seigler, Patterson & Gray LLP
Tower 229 - Suite 2400
229 Peachtree Street, NE
Atlanta              , GA  30303-1629

Invoice submitted to:

A. Cotten Wright, Receiver
Horizon Private Equity III, LLC
521 E Morehead St. Ste 440
Charlotte, NC 28202

October 6, 2022

In Reference To:   United States Securities & Exchange Commission v. John J. Woods et al.  USDC ND GA CAFN 1:21-cv-3413-SDG

Invoice #     17522

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/5/2022 | WRP | Review pleadings. | 0.10 | 39.00 |
| 7/7/2022 | WRP | Review and revise 2nd quarter fees and follow up with Cotten Wright for further review (.2); Conference and correspondence with Lisa Burnette re Receiver's Report (.2) | 0.40 | 156.00 |
| 7/8/2022 | LBB | Review Receiver's Quarterly Report & approve for filing. | 0.50 | 132.50 |
| 7/15/2022 | WRP | Correspondence with Lisa Burnette re pleadings from Cotten Wright. | 0.10 | 39.00 |
|  | LBB | Review Amended Receiver's Final Accounting Report and approve. | 0.20 | 53.00 |
| 7/19/2022 | LBB | Review Fee apps for filing. | 0.30 | 79.50 |
| 7/20/2022 | WRP | Conference and correspondence with Lisa Burnette re Receiver's proposed distribution pleadings. | 0.20 | 78.00 |
|  | LBB | Review and edit Motion, memorandum of law and affidavit in re Investor Distribution Method. | 0.60 | 159.00 |
| 7/21/2022 | LBB | Review Great Neck Fee App & approve for filing (.1); Review draft of pleadings in re sale of interests in BI entities & e-mail edits and identify issues for Receiver (1.9) | 2.00 | 530.00 |
| 7/22/2022 | LBB | Review Motion to Pay Southport Capital and email edits to Receiver. | 0.20 | 53.00 |
| 7/25/2022 | LBB | Review and approve Notice of Fee Apps (.1); Review and comment on pleadings in re Admin. Claims against Southport Capital (.4); Respond to A. Gorman e-mail re BI entity sales pleadings and issues therein (.1) | 0.60 | 159.00 |

A. Cotten Wright, Receiver                                                                                              Page        2

|            |     |                                                                                                                                                                                                                                                              | Hours | Amount |
|------------|-----|----|------|--------|
| 7/26/2022  | LBB | Review pleadings in re payment of Southport sale expenses, edit and approve (.4); Review and approve Consent Order with Oppenheimer re discovery (.2) | 0.60 | 159.00 |
| 7/27/2022  | LBB | Review and approve notices of motion filings. | 0.20 | 53.00 |
| 7/28/2022  | LBB | Review proposed Order on Distribution Method and e-mail response to Receiver (.2); Review and approve Notice for Distribution to Southport claimants pleadings (.2); Respond to A. Gorman e-mail re background of BI III entity and joint venture (.2); Review and edit revised pleadings regarding sale of BI interests (.3) | 0.90 | 238.50 |
| 7/29/2022  | LBB | Respond to A. Gorman e-mail and final review and approval of pleadings in re sale of BI interests. | 0.40 | 106.00 |
| 8/1/2022   | WRP | Review correspondence on creditor's correspondence re docketing and pleadings re BI Developments (.1); Status conference with Lisa Burnette (.1) | 0.20 | 78.00 |
| 8/11/2022  | LBB | Correspondence with Receiver's counsel and identify issues for Receiver | 0.10 | 26.50 |
| 8/12/2022  | LBB | Review and approve pleadings in re allowance and distribution to Class 4 claims against Southport. | 0.40 | 106.00 |
| 8/18/2022  | LBB | Review Motion and related pleadings re sale of Woods interest in Sampleworks and e-mail questions and comments to Receiver and counsel on issues | 0.70 | 185.50 |
| 8/20/2022  | WRP | Conference with Lisa Burnette re pending issues (.2); Review pleadings/issues on claims procedures, BI Developments, and US Sampleworks (.3) | 0.50 | 195.00 |
| 8/22/2022  | WRP | Short conference with Lisa Burnette re claims/notice - planning regarding pleadings review after 8-29. | 0.10 | 39.00 |
|            | LBB | Review Notice of Hearing on Motion for Distribution Method & approve for Receiver | 0.10 | 26.50 |
| 8/23/2022  | WRP | Correspondence with Cotten and Lisa Burnette re 9-9 hearing, with Lisa re US Sampleworks. | 0.10 | 39.00 |
| 8/30/2022  | WRP | Correspondence with Cotten Wright re John Henegar/Birchwood (.1); Review and correspondence re Confidentiality/Oppenheimer issues, BI Developments, Southport Class 4 and 5, and US Sampleworks (.6); Follow up with Cotten Wright on Southport (.1) | 0.80 | 312.00 |
| 8/31/2022  | WRP | (From late evening 8-30) Review and revise Southport Class 5 (.6); On 8-31, follow up with Cotten Wright et al re Southport Class 5 and US Sampleworks (.2) | 0.80 | 312.00 |

A. Cotten Wright, Receiver                                                                                                Page        3

|  |  | Hours | Amount |
|---|---|---|---|
| 9/2/2022 WRP | Review proposed pleadings re Southport and BI Developments (.5); Planning conference with Cotten Wright (.2) | 0.70 | 273.00 |
| 9/8/2022 WRP | Review pleadings re Southport Class V and Disallowance on investors - follow up with Cotten Wright (.4); Correspondence with Cotten and Michael re Friday hearing (.1) | 0.50 | 195.00 |
| 9/19/2022 WRP | Review and revise pleadings on Claims Buyer/follow up with Cotten Wright. | 0.60 | 234.00 |
| 9/20/2022 WRP | Review and revise pleadings/follow up with Cotten. | 0.20 | 78.00 |
|  | For professional services rendered | 13.10 | $4,134.00 |

Additional Charges :

| 7/31/2022 | Pacer Records Q2 2022 | 4.40 |
|---|---|---|
| 8/1/2022 | Copies | 2.00 |
|  | Total additional charges | $6.40 |
|  | Total amount of this bill | $4,140.40 |
|  | Previous balance | $3,152.05 |

Accounts receivable transactions

| 8/24/2022 | Payment - Check No. 160 | ($3,152.05) |
|---|---|---|
|  | Total payments and adjustments | ($3,152.05) |
|  | Balance due | $4,140.40 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Boardman Burnette | 7.80 | 265.00 | $2,067.00 |
| W. Russell Patterson, Jr. | 5.30 | 390.00 | $2,067.00 |

# EXHIBIT C

# Receiver's Certification

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN J. WOODS, et al.,<br><br>        Defendants. | Civil Action No.<br>1:21-cv-3413-SDG |

### RECEIVER'S CERTIFICATION IN SUPPORT OF FIFTH APPLICATION FOR COMPENSATION TO RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, LOCAL COUNSEL FOR THE RECEIVER

A. Cotten Wright, the duly appointed Receiver in this case, hereby certifies as follows with respect to the *Fifth Application for Compensation to Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Local Counsel for the Receiver* and the invoice attached thereto as Exhibit B:

1.      This Certification is made in compliance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "SEC Guidelines").

1

2. I am an attorney licensed to practice law in the State of North Carolina and the United States District Court for the Western District of North Carolina. I am a member of the law firm of Grier Wright Martinez, PA ("GWM").

3. I have read and am familiar with Ragsdale's application for compensation and reimbursement of expenses for the period of July 1, 2022 through September 30, 2022 (the "Application"). To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses set forth therein are true and accurate and comply with the SEC Guidelines.

4. All fees contained in the Application are based on the rates listed in the Ragsdale's fee schedule included in Exhibit B, and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

5. Ragsdale has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay in any request for expense reimbursement.

6. In seeking reimbursement for a service which Ragsdale justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien

searches), Ragsdale requests reimbursement only for the amount billed to Ragsdale by the third-party vendor and paid by Ragsdale to such vendor.

7. Ragsdale does not seek payment for time spent preparing the Application or any documentation in support of the same.

This is the 19th day of October, 2022.

                                      */s/ A. Cotten Wright*
                                      A. Cotten Wright
                                      Receiver