IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHN J. WOODS, ET AL.,<br><br>**Defendants,** | Civil Action No.<br>1:21-cv-3413-SDG |

## FIFTH APPLICATION FOR COMPENSATION TO STRETTO, INC. AS CONSULTANT FOR THE RECEIVER

A. Cotten Wright, the duly-appointed receiver (the "Receiver") for Horizon Private Equity, III, LLC ("Horizon") and certain assets of John J. Woods ("Woods") in the above-captioned civil action (this "Case"), hereby submits this *Fifth Application for Compensation for Stretto, Inc. as Consultant for the Receiver*, for the period of July 1, 2022 through September 30, 2022 (the "Application Period"), and respectfully represents as follows:

1.    On August 20, 2021, the U.S. Securities and Exchange Commission (the "Plaintiff") filed a *Complaint* (Doc. No. 1) against Woods, Horizon, and Livingston Group Asset Management Company alleging violations of the

Securities Act of 1933, the Securities and Exchange Act of 1934, the Investment Advisers Act of 1940, and various regulations promulgated thereunder, thereby initiating this Case.  On September 1, 2021, the Court entered its *Order Appointing Receiver* (the "Receivership Order") appointing the Receiver to perform certain duties as set forth in that Order.[1]  (Doc. No. 26).

2.     Pursuant to the Receivership Order, the Receiver is authorized to retain professionals, including consultants, to assist in carrying out her duties as Receiver.  Receivership Order, ¶ 7F.

> The Receivership Order provides that the Receiver and her professionals:
>
> are entitled to reasonable compensation and expense reimbursement from the Receivership Defendants as described in the "Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission" (the 'Billing Instructions') agreed to by the Receiver.  Such compensation shall require the prior approval of the Court, and the combined total compensation and expense reimbursement to be paid to the Receiver and Retained Personnel shall not exceed 30% of the net value of the Receivership Property.

*Id*. at ¶ 59.

3.     On September 21, 2021, the Court entered an Order authorizing the Receiver to employ Stretto, Inc. ("Stretto") as consultants for the Receivership estate.

---

[1]     On September 10. 2021, the Court entered its *Order Amending Order Appointing Receiver to Correct Typographical Errors*.  (Doc. No. 53).

4.      Attached hereto as **Exhibit B** is documentation itemizing the fees and expenses incurred by Stretto in connection with its engagement by the Receiver during the Application Period.   Stretto has applied a 30% discount to its professional fees as indicated on the invoices included in Ex. B.

5.      The Receiver contends that Stretto has spent the following time in performing the services referred to herein as consultants for the Receiver, and she is informed and believes that Stretto's services rendered as consultants for the Receiver are reasonably worth the sum as set forth below and that Stretto should be allowed and paid said sum as fees and as a cost of this estate:

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Analyst I | 0.4 | $36 | $14.40 |
| Analyst II | 0.2 | $54 | $10.80 |
| Analyst III | 1.5 | $72 | $108.00 |
| Specialized Associate | 24.6 | $302 | $7,429.20 |
| Specialized Director | 3.2 | $379 | $1,212.80 |
| Specialized Managing Director | 6.5 | $434 | $2,821.00 |
| Specialized Senior Associate | 27.8 | $357 | $9,924.60 |
| Total: | | | $21,520.80 |
| Discount | | | ($6,456.24) |
| Total Fees | | | **$15,064.56** |
| Expenses | | | $12,901.15 |
| **Total Fees & Expenses:** | | | **$27,965.71** |

6.      The Receiver respectfully submits that the services for which Stretto seeks compensation were necessary for, and beneficial to, the orderly

administration of the Receivership Estate.

WHEREFORE, the Receiver prays that the Court will enter an Order allowing compensation of **$15,064.56** and reimbursement of expenses of **$12,901.15** to Stretto as consultants for the Receiver; authorizing the payment of any allowed fees and expenses from the funds of the Receivership estate in accordance with the SEC Guidelines and Billing Instructions; and granting such further relief as is just and proper.

Dated this 19th day of October, 2022.

*/s/ A. Cotten Wright*
A. Cotten Wright (State Bar No. 28162)
Grier Wright Martinez, PA
521 E. Morehead St., Ste. 440
Charlotte, NC 28202
Phone:  704.375.3720
Fax:   704.332.0215
cwright@grierlaw.com

*Attorneys for the Receiver*

*/s/ W. Russell Patterson, Jr.*
W. Russell Patterson, Jr. Georgia Bar No. 566920
Ragsdale Beals Seigler Patterson & Gray, LLP
229 Peachtree St., NE, Suite 2400
Atlanta, GA 30303-1629
(404) 588-0500
wrpjr@rbspg.com
*Attorneys for the Receiver*

Exhibit A – Summary of Prior Fee Applications
Exhibit B – Stretto's Invoices for Application Period
Exhibit C – Receiver's Certification

**EXHIBIT A**
Summary of Prior Fee Applications

| Document | Interim Fee Application Date and Doc. No. | Period Covered | Fees Requested/Allowed | Expenses Requested/ Allowed | Order Approving Interim Application |
|---|---|---|---|---|---|
| 1st Interim | 11/03/2021 Doc. No. 94 | 9/1/2021 – 9/30/2021 | $5,766.50 | $711.66 | Doc. No. 102 12/2/2021 |
| 2nd Interim | 1/20/2022 Doc. No. 135 | 10/1/2021- 12/31/2021 | $17,809.85 | $3,006.73 | Doc. No. 154 2/14/2022 |
| 3rd Interim | 4/22/2022 Doc. No. 193 | 1/1/2022- 3/31/2022 | $9,080.33 | $10,522.93 | Doc. No. 210 5/13/2022 |
| 4th Interim | 7/25/2022 Doc. No. 246 | 4/1/2022- 6/30/2022 | $12,417.93 | $12,540.90 | Doc. No. 270 8/18/2022 |

 STRETTO

Exhibit B

**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Summary of Hourly Fees

**Date Range:** 07/01/2022 - 07/31/2022

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Analyst III | 0.2 | $72.00 | $14.40 |
| Specialized Associate | 10.8 | $302.00 | $3,261.60 |
| Specialized Director | 1.3 | $379.00 | $492.70 |
| Specialized Managing Director | 3.1 | $434.00 | $1,345.40 |
| Specialized Senior Associate | 10.0 | $357.00 | $3,570.00 |
| | | **Total** | **$8,684.10** |

<u>Exhibit B</u>

**Stretto, Inc.**
410 Exchange, Ste 100
Irvine, CA  92602
800.634.7734
StrettoCR-Billing@stretto.com

**Invoice 7041**

 STRETTO

**BILL TO**
Horizon Receivership

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 07/31/2022 | **$36,325.23** | 08/30/2022 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 06/30/2022 | Balance Forward | 24,958.83 |
| | Other payments and credits after 06/30/2022 through 07/30/2022 | 0.00 |
| 07/31/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 11,366.40 |
| | Total Amount Due | 36,325.23 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly Fees | | | 8,684.10 |
| Client Discount | | | -2,605.23 |
| Printing | 11,771 | 0.11 | 1,294.81 |
| Postage | | | 536.76 |
| Envelopes and Packaging – See Noticing Summary for details | | | 44.70 |
| Electronic Imaging | 351 | 0.11 | 38.61 |
| License Fee and System Maintenance | 494 | 0.11 | 54.34 |
| Robotic Process Automation - Includes ECF docket automation, subscription-based docket notifications, USPS bulk mail operations, address validation, e-filing transactions, cloud computing charges, and related activities | | | 1,546.50 |
| Monthly HTTPS Usage - Bandwidth related to secure, bidirectional encryption of web-based documents and telephony | | | 656.83 |
| Secure Digital File Retention - FedRamp compliant storage of case records, documents and related files based on volume | | | 1,114.98 |

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

Exhibit B

| TOTAL OF NEW CHARGES | 11,366.40 |
|---|---|

| TOTAL DUE | **$36,325.23** |
|---|---|

THANK YOU.

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

 **STRETTO**

<u>Exhibit B</u>

**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Time Detail

**Date Range:** 07/01/2022 - 07/31/2022

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/01/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 07/01/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various creditors | 0.6 |
| | | | | **Subtotal 07/01/2022** | **0.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/05/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 07/05/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: case update | 0.1 |
| | | | | **Subtotal 07/05/2022** | **0.3** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/06/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: claims letter | 0.2 |
| 07/06/2022 | Jeff Demma | Specialized Senior Associate | Case Management | Prepare creditor matrix list for counsel | 0.4 |
| | | | | **Subtotal 07/06/2022** | **0.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/07/2022 | Melissa Membrino | Specialized Director | Noticing | Administrative review of mailing details | 0.2 |
| | | | | **Subtotal 07/07/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/08/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via phone re: claim forms | 0.2 |
| 07/08/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.2 |
| 07/08/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.3 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/08/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.3 |
| | | | | **Subtotal 07/08/2022** | **1.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/11/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: name update | 0.1 |
| 07/11/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| 07/11/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.1 |
| | | | | **Subtotal 07/11/2022** | **0.3** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/12/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.6 |
| 07/12/2022 | Charles Wheeler | Specialized Associate | Noticing | Generate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.5 |
| 07/12/2022 | Darnell Jones | Specialized Associate | Noticing | Generate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.8 |
| 07/12/2022 | David Bribiesca | Specialized Associate | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 07/12/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.8 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (3) via email re: mailings | 0.3 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Website Updates and Maintenance | Add key dates to case website | 0.2 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: Notice to Investors regarding claims notice per C. Wright | 0.8 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various investors | 0.8 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 238 per B. Franklin | 0.7 |
| 07/12/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update creditor mailing matrix per B. Franklin | 1.4 |
| 07/12/2022 | Laura Tondreault | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 07/12/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.4 |
| 07/12/2022 | Monica Arellano | Analyst | Undeliverable Mail | Review undeliverable mail images for accuracy and completeness | 0.1 |
| 07/12/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of Receiver's Fourth Report (DN 238) mailing including printing and fulfillment | 0.1 |
| 07/12/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case related correspondence and activity; check in with case team | 0.4 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/12/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Receiver's Fourth Report (DN 238) mailing | 0.4 |
| | | | | **Subtotal 07/12/2022** | **8.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/13/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 07/13/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (2) via email re: claim notice | 0.2 |
| 07/13/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.3 |
| | | | | **Subtotal 07/13/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/14/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: claims notice | 0.1 |
| | | | | **Subtotal 07/14/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/15/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.1 |
| 07/15/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.3 |
| 07/15/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.3 |
| | | | | **Subtotal 07/15/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/18/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 07/18/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 07/18/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 07/18/2022** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/19/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.4 |
| | | | | **Subtotal 07/19/2022** | **0.4** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/20/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: Sale process | 0.1 |
| | | | | **Subtotal 07/20/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/21/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via phone re: claim letter | 0.2 |
| | | | | **Subtotal 07/21/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/23/2022 | Jose Cruz | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 07/23/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/25/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Notice of Fourth Applications for Compensation (DN 248) mailing including printing and fulfillment | 0.5 |
| 07/25/2022 | Charles Wheeler | Specialized Associate | Noticing | Generate service of Notice of Fourth Applications for Compensation (DN 248) mailing including printing and fulfillment | 0.1 |
| 07/25/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Notice of Fourth Applications for Compensation (DN 248) mailing including printing and fulfillment | 0.5 |
| 07/25/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: claims document | 0.1 |
| 07/25/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.4 |
| 07/25/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 248 per B. Franklin | 0.7 |
| 07/25/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Notice of Fourth Applications for Compensation (DN 248) mailing including printing and fulfillment | 0.4 |
| 07/25/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of Notice of Fourth Applications for Compensation (DN 248) mailing including printing and fulfillment | 0.1 |
| 07/25/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case related correspondence and activity; check in with case team | 0.3 |
| 07/25/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.2 |
| 07/25/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.2 |
| 07/25/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Notice of Fourth Applications for Compensation (DN 248) mailing | 0.3 |
| | | | | **Subtotal 07/25/2022** | **3.8** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/26/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.5 |
| 07/26/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 07/26/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 07/26/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/27/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 07/27/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 07/27/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/28/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims  (DN 253) mailing including printing and fulfillment | 0.6 |
| 07/28/2022 | Charles Wheeler | Specialized Associate | Noticing | Generate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims (DN 253) mailing including printing and fulfillment | 0.6 |
| 07/28/2022 | Darnell Jones | Specialized Associate | Noticing | Generate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims  (DN 253) mailing including printing and fulfillment | 0.6 |
| 07/28/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of For Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims (DN 253) mailing including printing and fulfillment | 1.0 |
| 07/28/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket nos. 251 & 253 per B. Franklin | 0.7 |
| 07/28/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various creditors | 0.5 |
| 07/28/2022 | Jose Cruz | Specialized Associate | Noticing | Generate service of Enjoy Technology, Inc. NOL Motion - Nominees mailing including printing and fulfillment | 0.3 |
| 07/28/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims (DN 253) mailing including printing and fulfillment | 0.3 |
| 07/28/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| 07/28/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims  (DN 253) mailing including printing and fulfillment | 0.2 |
| 07/28/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case related correspondence and activity; check in with case team | 0.4 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/28/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.2 |
| 07/28/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.2 |
| 07/28/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of for Authority to Pay Certain Post-Sale Expenses of Southport Capital (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims (DN 253) mailing | 0.3 |
| | | | | **Subtotal 07/28/2022** | **6.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 07/29/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 07/29/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 07/29/2022** | **0.3** |
| | | | | **Total 07/01/2022 - 07/31/2022** | **25.4** |

Exhibit B

 STRETTO

**Noticing Detail**

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 7/12/2022 | Receiver's Fourth Report (DN 238) | 100 | First Class Mail |
| 7/25/2022 | Notice of Fourth Applications for Compensation (DN 248) | 99 | First Class Mail |
| 7/28/2022 | for Authority to Pay Certain Post-Sale Expenses of Southport Capital  (DN 251); Motion for Order Regarding Distribution Method and Procedure for Distributions on Investor Claims  (DN 253) | 99 | First Class Mail |

 STRETTO

**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Summary of Hourly Fees

**Date Range:** 08/01/2022 - 08/31/2022

| Role | Hours | Rate | Total |
|------|------:|-----:|------:|
| Analyst I | 0.1 | $36.00 | $3.60 |
| Analyst II | 0.2 | $54.00 | $10.80 |
| Analyst III | 0.4 | $72.00 | $28.80 |
| Specialized Associate | 6.1 | $302.00 | $1,842.20 |
| Specialized Director | 0.5 | $379.00 | $189.50 |
| Specialized Managing Director | 0.9 | $434.00 | $390.60 |
| Specialized Senior Associate | 10.0 | $357.00 | $3,570.00 |
| | | **Total** | **$6,035.50** |

**Stretto, Inc.**
410 Exchange, Ste 100
Irvine, CA 92602
800.634.7734
StrettoCR-Billing@stretto.com

<u>Exhibit B</u>

**Invoice 7154** 



**BILL TO**
Horizon Receivership

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 08/31/2022 | $43,897.07 | 09/30/2022 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 07/31/2022 | Balance Forward | 36,325.23 |
| | Other payments and credits after 07/31/2022 through 08/30/2022 | 0.00 |
| 08/31/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 7,571.84 |
| | Total Amount Due | 43,897.07 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly Fees | | | 6,035.50 |
| Client Discount | | | -1,810.65 |
| | | | |
| Printing | 3,724 | 0.11 | 409.64 |
| Postage | | | 246.96 |
| Envelopes and Packaging – See Noticing Summary for details | | | 29.40 |
| Electronic Imaging | 260 | 0.11 | 28.60 |
| License Fee and System Maintenance | 494 | 0.11 | 54.34 |
| Robotic Process Automation - Includes ECF docket automation, subscription-based docket notifications, USPS bulk mail operations, address validation, e-filing transactions, cloud computing charges, and related activities | | | 1,151.45 |
| Monthly HTTPS Usage - Bandwidth related to secure, bidirectional encryption of web-based documents and telephony | | | 252.57 |
| Secure Digital File Retention - FedRamp compliant storage of case records, documents and related files based on volume | | | 1,174.03 |

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

Exhibit B

| | |
|---|---|
| TOTAL OF NEW CHARGES | 7,571.84 |

| | |
|---|---|
| TOTAL DUE | **$43,897.07** |

THANK YOU.

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602



Exhibit B

**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Time Detail

**Date Range:** 08/01/2022 - 08/31/2022

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/01/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various creditors | 0.2 |
| 08/01/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 08/01/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 08/01/2022** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/02/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| 08/02/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 08/02/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 08/02/2022** | **0.3** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/03/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.3 |
| 08/03/2022 | Melissa Membrino | Specialized Director | Noticing | Administrative review of mailing details | 0.2 |
| | | | | **Subtotal 08/03/2022** | **0.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/04/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.4 |
| 08/04/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.1 |
| | | | | **Subtotal 08/04/2022** | **0.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/05/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.4 |
| | | | | **Subtotal 08/05/2022** | **0.4** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/06/2022 | Jose Cruz | Specialized Associate | Noticing | Administrative review of mailing details | 0.2 |
| | | | | **Subtotal 08/06/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/08/2022 | Abigail Nolasco | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/08/2022 | David Bribiesca | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/08/2022 | Keny Contreras | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/08/2022 | Laura Tondreault | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 08/08/2022** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/09/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.1 |
| | | | | **Subtotal 08/09/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/12/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.3 |
| 08/12/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.1 |
| | | | | **Subtotal 08/12/2022** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/16/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.6 |
| 08/16/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: address update | 0.1 |
| 08/16/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 08/16/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 08/16/2022** | **0.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/17/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.6 |
| 08/17/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 08/17/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 08/17/2022** | **0.8** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/18/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.7 |
| | | | | **Subtotal 08/18/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/19/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various investors | 0.4 |
| 08/19/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.2 |
| 08/19/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.3 |
| | | | | **Subtotal 08/19/2022** | **0.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/22/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Notice of Hearing on Distribution Motion (DN 276) mailing including printing and fulfillment | 0.5 |
| 08/22/2022 | Darnell Jones | Specialized Associate | Noticing | Generate service of Notice of Hearing on Distribution Motion (DN 276) mailing including printing and fulfillment | 0.2 |
| 08/22/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Notice of Hearing on Distribution Motion (DN 276) mailing including printing and fulfillment | 0.8 |
| 08/22/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.6 |
| 08/22/2022 | Jeff Demma | Specialized Senior Associate | Website Updates and Maintenance | Update case website | 0.6 |
| 08/22/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 276 per B. Franklin | 0.8 |
| 08/22/2022 | Jose Cruz | Specialized Associate | Noticing | Generate service of Notice of Hearing on Distribution Motion (DN 276) mailing including printing and fulfillment | 0.3 |
| 08/22/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of Notice of Hearing on Distribution Motion (DN 276) mailing including printing and fulfillment | 0.1 |
| 08/22/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 08/22/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Notice of Hearing on Distribution Motion (DN 276) mailing | 0.3 |
| | | | | **Subtotal 08/22/2022** | **4.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/23/2022 | Jeff Demma | Specialized Senior Associate | Website Updates and Maintenance | Update case website with notice of hearing | 0.8 |
| 08/23/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: notice of hearing | 0.1 |
| | | | | **Subtotal 08/23/2022** | **0.9** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/24/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.3 |
| 08/24/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (2) via email re: service list | 0.2 |
| | | | | **Subtotal 08/24/2022** | **0.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/25/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via email re: service | 0.1 |
| | | | | **Subtotal 08/25/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/26/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 08/26/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/29/2022 | Abigail Nolasco | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/29/2022 | David Bribiesca | Specialized Associate | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/29/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various creditors per C. Wright | 0.5 |
| 08/29/2022 | Keny Contreras | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 08/29/2022 | Laura Tondreault | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 08/29/2022** | **0.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/30/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Prepare creditor matrix for counsel | 0.4 |
| 08/30/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for certain investors | 0.5 |
| 08/30/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.3 |
| 08/30/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.3 |
| | | | | **Subtotal 08/30/2022** | **1.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/31/2022 | Brenna Dooley | Specialized Associate | Noticing | Generate service of US Sampleworks Motion (DN 283) mailing including printing and fulfillment | 0.5 |
| 08/31/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.4 |
| 08/31/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 283 per B. Franklin | 0.7 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 08/31/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of US Sampleworks Motion (DN 283) mailing including printing and fulfillment | 0.3 |
| 08/31/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 08/31/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 08/31/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| 08/31/2022 | Shelby Mahoney | Specialized Associate | Noticing | Generate service of US Sampleworks Motion (DN 283) mailing including printing and fulfillment | 0.8 |
| 08/31/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of US Sampleworks Motion (DN 283) mailing | 0.3 |

**Subtotal 08/31/2022**    **3.3**

**Total 08/01/2022 - 08/31/2022**    **18.2**

Exhibit B

 STRETTO

**Noticing Detail**

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 8/22/2022 | Notice of Hearing on Distribution Motion (DN 276) | 98 | First Class Mail |
| 8/31/2022 | US Sampleworks Motion (DN 283) | 98 | First Class Mail |

 STRETTO

<u>Exhibit B</u>

**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Summary of Hourly Fees

**Date Range:** 09/01/2022 - 09/30/2022

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Analyst I | 0.3 | $36.00 | $10.80 |
| Analyst III | 0.9 | $72.00 | $64.80 |
| Specialized Associate | 7.7 | $302.00 | $2,325.40 |
| Specialized Director | 1.4 | $379.00 | $530.60 |
| Specialized Managing Director | 2.5 | $434.00 | $1,085.00 |
| Specialized Senior Associate | 7.8 | $357.00 | $2,784.60 |
| | | **Total** | **$6,801.20** |

Exhibit B

**Stretto, Inc.**
410 Exchange, Ste 100
Irvine, CA  92602
800.634.7734
StrettoCR-Billing@stretto.com

# Invoice 7275

 STRETTO

**BILL TO**
Horizon Receivership

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 09/30/2022 | **$27,965.71** | 10/30/2022 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 08/31/2022 | Balance Forward | 43,897.07 |
| | Other payments and credits after 08/31/2022 through 09/29/2022 | -24,958.83 |
| 09/30/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 9,027.47 |
| | Total Amount Due | 27,965.71 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly Fees | | | 6,801.20 |
| Client Discount | | | -2,040.36 |
| Printing | 3,823 | 0.11 | 420.53 |
| Postage | | | 282.84 |
| Envelopes and Packaging – See Noticing Summary for details | | | 44.25 |
| Electronic Imaging | 207 | 0.11 | 22.77 |
| License Fee and System Maintenance | 494 | 0.11 | 54.34 |
| Robotic Process Automation - Includes ECF docket automation, subscription-based docket notifications, USPS bulk mail operations, address validation, e-filing transactions, cloud computing charges, and related activities | | | 1,546.45 |
| Monthly HTTPS Usage - Bandwidth related to secure, bidirectional encryption of web-based documents and telephony | | | 660.12 |
| Secure Digital File Retention - FedRamp compliant storage of case records, documents and related files based on volume | | | 1,235.33 |

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

<u>Exhibit B</u>

| | |
|---|---|
| TOTAL OF NEW CHARGES | 9,027.47 |

| | |
|---|---|
| TOTAL DUE | **$27,965.71** |

THANK YOU.

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602



**Case Name:** Horizon Receivership
**Case No:** 21-03413

# Time Detail

**Date Range:** 09/01/2022 - 09/30/2022

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 09/02/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 09/02/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.6 |
| | | | | **Subtotal 09/02/2022** | **0.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 09/06/2022 | David Bribiesca | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 09/06/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Prepare list of residents for Receiver | 0.7 |
| 09/06/2022 | Keny Contreras | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.2 |
| 09/06/2022 | Laura Tondreault | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 09/06/2022 | Roman Meleshko | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 09/06/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 09/06/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 09/06/2022** | **1.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 09/07/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various investors | 0.4 |
| 09/07/2022 | Melissa Membrino | Specialized Director | Noticing | Administrative review of mailing details | 0.2 |
| | | | | **Subtotal 09/07/2022** | **0.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 09/08/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing including printing and fulfillment | 0.5 |
| 09/08/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/08/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing including printing and fulfillment | 0.6 |
| 09/08/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.3 |
| 09/08/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket nos. 287-4 & 288-5 per B. Franklin | 0.8 |
| 09/08/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing including printing and fulfillment | 0.3 |
| 09/08/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing including printing and fulfillment | 0.3 |
| 09/08/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing including printing and fulfillment | 0.2 |
| 09/08/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 09/08/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.3 |
| 09/08/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.3 |
| 09/08/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) mailing | 0.3 |

**Subtotal 09/08/2022   4.3**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/09/2022 | Jeff Demma | Specialized Senior Associate | Creditor Correspondence | Respond to creditor inquiry (1) via phone re: filing a claim | 0.2 |

**Subtotal 09/09/2022   0.2**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/12/2022 | Jeff Demma | Specialized Senior Associate | Case Management | Respond to counsel re: email distribution list | 0.2 |
| 09/12/2022 | Roman Meleshko | Analyst | Undeliverable Mail | Sort and manage incoming mail re: various mailings | 0.1 |
| 09/12/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.2 |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/12/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.2 |
| | | | | **Subtotal 09/12/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/13/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 09/13/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various creditors | 0.4 |
| 09/13/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 09/13/2022** | **0.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/14/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Order granting distribution method (DN 292) mailing including printing and fulfillment | 0.6 |
| 09/14/2022 | Darnell Jones | Specialized Associate | Noticing | Generate service of Order granting distribution method (DN 292) mailing including printing and fulfillment | 0.3 |
| 09/14/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Order granting distribution method (DN 292) mailing including printing and fulfillment | 0.6 |
| 09/14/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 292 per C. Wright | 0.7 |
| 09/14/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Order granting distribution method (DN 292) mailing including printing and fulfillment | 0.3 |
| 09/14/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Generate service of Order granting distribution method (DN 292) mailing including printing and fulfillment | 0.1 |
| 09/14/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 09/14/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Review court docket and monitor case activity for updates; standardize language re: same | 0.2 |
| 09/14/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 09/14/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| 09/14/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Order granting distribution method (DN 292) mailing | 0.3 |
| | | | | **Subtotal 09/14/2022** | **3.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/16/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.7 |
| | | | | **Subtotal 09/16/2022** | **0.7** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/19/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 09/19/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/20/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 09/20/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 09/20/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/22/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 09/22/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various parties | 0.6 |
| | | | | **Subtotal 09/22/2022** | **0.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/23/2022 | Naomi Rodriguez | Specialized Associate | Noticing | Administrative review of mailing details | 0.1 |
| | | | | **Subtotal 09/23/2022** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/26/2022 | Jeff Demma | Specialized Senior Associate | Website Updates and Maintenance | Administrative review of court docket; standardize language re: same | 0.2 |
| | | | | **Subtotal 09/26/2022** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/27/2022 | Anthony Facciano | Specialized Managing Director | Case Management | General Case management, and communication with the team RE: the same | 0.2 |
| 09/27/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Download filed pleadings from court docket and update public website re: same | 0.1 |
| 09/27/2022 | Serina Tran | Specialized Associate | Document Processing | Administrative review of court docket for actionable pleadings; attention to same | 0.1 |
| | | | | **Subtotal 09/27/2022** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/28/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various investors | 0.6 |
| 09/28/2022 | Monica Arellano | Analyst | Noticing | Coordinate service re: docket no. 276 per USPS forwarding instructions | 0.2 |
| | | | | **Subtotal 09/28/2022** | **0.8** |

## Exhibit B

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/29/2022 | Alberto Chachagua | Specialized Associate | Noticing | Coordinate service re: Notice of Hearing on Distribution Motion 1 (Docker No. 276) per USPS forwarding instructions | 0.1 |
| 09/29/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Update contact information for various investors | 0.6 |
| 09/29/2022 | Monica Arellano | Analyst | Noticing | Coordinate service re: docket no. 276 per USPS forwarding instructions | 0.2 |
| | | | | **Subtotal 09/29/2022** | **0.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 09/30/2022 | Alberto Chachagua | Specialized Associate | Noticing | Generate service of Motion to Provide Contact Information (DN 299) mailing including printing and fulfillment | 0.6 |
| 09/30/2022 | Darnell Jones | Specialized Associate | Noticing | Generate service of Motion to Provide Contact Information (DN 299) mailing including printing and fulfillment | 0.7 |
| 09/30/2022 | David Bribiesca | Specialized Associate | Noticing | Generate service of Motion to Provide Contact Information (DN 299) mailing including printing and fulfillment | 0.8 |
| 09/30/2022 | Jeff Demma | Specialized Senior Associate | Noticing | Coordinate service re: docket no. 299 per B. Franklin | 0.8 |
| 09/30/2022 | Jose Cruz | Specialized Associate | Noticing | Generate service of Motion to Provide Contact Information (DN 299) mailing including printing and fulfillment | 0.2 |
| 09/30/2022 | Melissa Membrino | Specialized Director | Noticing | Coordinate service of Motion to Provide Contact Information (DN 299) mailing including printing and fulfillment | 0.3 |
| 09/30/2022 | Monica Arellano | Analyst | Noticing | Coordinate service re: docket nos. 287-4 & 288-5 per USPS forwarding instructions | 0.2 |
| 09/30/2022 | Robert Klamser | Specialized Managing Director | Case Management | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 09/30/2022 | Serina Tran | Specialized Associate | Website Updates and Maintenance | Administrative review of court docket; standardize language re: same | 0.1 |
| 09/30/2022 | Sheryl Betance | Specialized Managing Director | Noticing | Facilitate service of Motion to Provide Contact Information (DN 299) mailing | 0.3 |
| | | | | **Subtotal 09/30/2022** | **4.2** |
| | | | | **Total 09/01/2022 - 09/30/2022** | **20.6** |

Exhibit B

 STRETTO

**Noticing Detail**

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 9/8/2022 | Notice of Receiver's Motion for Allowance of and Distribution on Class 5 Claims Against Southport Capital (Docket No. 287-4); Notice of Receiver's Motion for Disallowance of Certain Investor Claims (Docket No. 288-5) | 98 | First Class Mail |
| 9/14/2022 | Order granting distribution method (DN 292) | 98 | First Class Mail |
| 9/29/2022 | Notice of Hearing on Distribution Motion 1 (Docker No. 276) | 1 | First Class Mail |
| 9/30/2022 | Motion to Provide Contact Information (DN 299) | 98 | First Class Mail |

**EXHIBIT C**

**Receiver's Certification**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. 1:21-cv-3413-SDG |
| **Plaintiff,** | |
| **v.** | |
| **JOHN J. WOODS, ET AL.,** | |
| **Defendants,** | |

**RECEIVER'S CERTIFICATION IN SUPPORT OF FIFTH APPLICATION
FOR COMPENSATION TO
STRETTO, INC., CONSULTANTS FOR THE RECEIVER**

A. Cotten Wright, the Receiver for the estates of the Receivership Defendants herein, hereby certifies as follows with respect to the *Fifth Application for Compensation to Stretto, Inc., Consultants for the Receiver* and the invoice attached thereto as Exhibit B:

1.      This Certification is made in compliance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "SEC Guidelines").

2.      I am an attorney licensed to practice law in the State of North Carolina and the United States District Court for the Western District of North Carolina.  I am a member of the law firm of Grier Wright Martinez, PA ("GWM").

1

3.     I have read and am familiar with Stretto's application for compensation and reimbursement of expenses for the period of July 1, 2022 through September 30, 2022 (the "Application").  To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses set forth therein are true and accurate and comply with the SEC Guidelines.

4.     All fees contained in the Application are based on the rates listed in the Stretto's fee schedule included in Exhibit B, and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

5.     Stretto has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay in any request for expense reimbursement.

6.     In seeking reimbursement for a service which Stretto justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), Stretto requests reimbursement only for the amount billed to Stretto by the third-party vendor and paid by Stretto to such vendor.

7.     Stretto does not seek payment for time spent preparing the Application or any documentation in support of the same.

This is the 19th day of October, 2022.

/s/ A. Cotten Wright
A. Cotten Wright
Receiver