IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>**JOHN J. WOODS, et al.,**<br><br>**Defendants.** | Civil Action No.<br>1:21-cv-3413-SDG |

**NOTICE OF FIFTH APPLICATIONS FOR COMPENSATION TO (1) GRIER WRIGHT MARTINEZ, PA, ATTORNEYS FOR THE RECEIVER; (2) MIDDLESWARTH, BOWERS AND COMPANY, LLC, ACCOUNTANTS FOR THE RECEIVER; (3) RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, LOCAL COUNSEL FOR THE RECEIVER; (4) STRETTO, INC., CONSULTANT FOR THE RECEIVER; AND (5) FOURTH APPLICATION FOR COMPENSATION TO GREAT NECK REALTY COMPANY OF NORTH CAROLINA, LLC, REAL ESTATE ADVISOR FOR THE RECEIVER**

**TAKE NOTICE** that A. Cotten Wright, as the duly appointed Receiver in the above-captioned action for the assets of Horizon Private Equity, III, LLC and certain assets of John J. Woods (the "Receiver"), through counsel, has filed a fifth application for compensation for the period of July 1, 2022 through September 30, 2022 to Grier Wright Martinez, PA ("GWM"). The GWM application for

compensation seeks approval of **$97,060.55** in fees and reimbursement of expenses of **$1,995.84**, for a total of **$99,056.39**.

**TAKE FURTHER NOTICE** that the Receiver has filed a fifth application for compensation to Middleswarth, Bowers and Company, LLC ("Bowers"). The Bowers application for compensation seeks approval of **$46,794.15** in fees and reimbursement of expenses of **$0.00**, for a total of **$46,794.15**.

**TAKE FURTHER NOTICE** that the Receiver has filed a fifth application for compensation to Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("Ragsdale"). The Ragsdale application for compensation seeks approval of **$4,134.00** in fees and reimbursement of expenses of **$6.40**, for a total of **$4,140.40**.

**TAKE FURTHER NOTICE** that the Receiver has filed a fifth application for compensation to Stretto, Inc. ("Stretto"). The Stretto application for compensation seeks approval of **$15,064.56** in fees and reimbursement of expenses of **$12,901.15**, for a total of **$27,965.71**.

**TAKE FURTHER NOTICE** that the Receiver has filed a fourth application for compensation to Great Neck Realty Company of North Carolina, LLC ("Great Neck"). The Great Neck application for compensation seeks approval of **$15,532.50** in fees and reimbursement of expenses of **$0.00**, for a total of **$15,532.50**.

**TAKE FURTHER NOTICE** that regardless of any amount allowed by the Court for the fees and expenses for the Receiver's professionals relative to the applications for compensation referenced herein, payment of any approved fees and expenses shall be limited to 30% of net recoveries in this case.

If you do not want the Court to approve the Motion, or if you want the Court to consider your views, then on or before **November 7, 2022** you or your attorney must file with the Court a written response explaining your position. The response must be filed electronically with the United States District Court for the Northern District of Georgia, http://www.gand.uscourts.gov/.  On or before the date stated above for filing your written response, you must also mail, fax or email a copy of your response to A. Cotten Wright, Grier Wright Martinez, PA, 521 E. Morehead St., Ste 440, Charlotte NC  28202.  You must also attend any hearing that the Court sets on the Motion and your response.

This is the 19th day of October, 2022.

        Respectfully submitted,

        */s/ A. Cotten Wright*
        A. Cotten Wright (NC State Bar 28162)
        Receiver and Attorney for Receiver
        Grier Wright Martinez, PA
        521 E. Morehead Street, Suite 440
        Charlotte, North Carolina 28202
        (704) 332-0207 Telephone
        (704) 332-0215 Facsimile
        cwright@grierlaw.com


        */s/ W. Russell Patterson, Jr.*
        W. Russell Patterson, Jr. Georgia Bar No. 566920
        Ragsdale Beals Seigler Patterson & Gray, LLP
        229 Peachtree St., NE, Suite 2400
        Atlanta, GA 30303-1629
        (404) 588-0500
        wrpjr@rbspg.com
      *Attorneys for the Receiver*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN J. WOODS, et al.,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-3413-SDG |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Notice of Applications for Compensation to (1) Grier Wright Martinez, PA, Attorneys for the Receiver; (2) Middleswarth Bowers & Company, LLP, Accountants for the Receiver; (3) Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Local Counsel for the Receiver; (4) Stretto, Inc., Consultant for the Receiver and (5) Great Neck Realty Company of North Carolina, LLC, Real Estate Advisor for the Receiver* were served by electronic notification upon all parties and counsel who are registered users of the Court's electronic filing system and who have requested notice in the above-captioned civil action. These documents are also being provided to victim-investors by way of email or by United States first class mail in the event that email addresses

5

are not available. Lastly, these documents will be posted on the Receiver's informational website at www.horizonreceviership.com.

This is the 19th day of October, 2022.

*/s/ A. Cotten Wright*
A. Cotten Wright, Receiver
521 E. Morehead St., Ste. 440
Charlotte, NC 28202
704-332-0207
cwright@grierlaw.com
